Honorable Susan Oki Mollway
Judge of U.S. District Court of Hawaii
300 Ala Moana Blvd, C-338
Honolulu, HI, 96850
(808) 541-1300
Re: Liane Wilson, 1:19-cr-00105-SOM-1

April 8, 2023

Dear Judge Mollway,

Thank you for allowing us a voice, an opportunity to speak our peace.

Our daughter L    F          was taken from us just shy of 2 years ago.
Christmas 2020 was the last time we saw her and her husband. They were the
perfect happy couple. Together for 14 years.

They both started following Liane Nancy Wilson aka Liana Shanti and her
teachings. L    started sharing very dark quotes on social media originated by
Liana Shanti. Their diets changed and slowly they were leaving us. They sold
most of their furniture and their car, becoming very isolated.
At the time we did not realize what was happening, they were being
brainwashed.

Sometime around April/May of 2021 as we were preparing to sell our home, L
dumped a bombshell on us. She explained through a text that she wanted no
contact with us as she has been going through a healing process (mother-father
wound) and believes her father abused her sexually and I tried to suffocate her
at 17 months old. We could not believe what we were reading, we would not be
given the opportunity to respond as she would not allow us any recourse.

Over the past 2 years we have tried to reach out to her on social media etc. She
blocked us and changed her phone number. She had a letter sent to us from an
attorney threatening legal action if we tried to contact her.

We believe emails in L    's name were sent to our personal computer only to be
corrupt links, intrusive software was somehow downloaded when opened.
Information we had became "Attachment Unavailable". This went on until
February 19,2023. Something was very wrong, our computer was hacked. We
believe this was the workings of Liana, either directly or through my daughter
L   .
The longer L    stays in this situation, the more bizarre it gets. She has
completely disconnected from her entire family and every friend. She has now

added abusers from her 3rd grade teacher to her grandparents (deceased), neighbors and family friends. We really don't believe anyone in their lifetime can and would be abused by this many people and never reach out, never show signs.

Liana and L    are both slandering us on social media pages because we spoke out in our defense publicly. We are "The Family Cult" according to them.

L    is no longer L   , she is M      H         , a name given to her by her leader/teacher Liana Shanti/ Liane Nancy Wilson. We believe L    is now teaching these courses to other victims and Liana is profiting.

L    had a wonderful childhood. The youngest of 4 children she traveled along side us for years from Bahamas to Aruba to Paris/London. She is a college educated intelligent woman. A beautiful life being wasted away alone.

L    and her husband J    have since divorced. He went home to his family, thank God!

This is all the workings of Liana Shanti/ Liane Nancy Wilson. She has destroyed our lives and so many more.

 Please help us put an end to this chaos and bring our daughter home.

On April 5th L    turned 35. We have not seen her or hugged her since she was 32. This is like mourning the death of a child that is not dead. We also lost our wonderful son-in-law J    S         . We have never been so sad. This woman has torn our family apart.

Thank you in advance for your attention to this horrific situation,

A    and J    F

J  S
April 17th, 2023

Honorable Susan Oki Mollway
Judge of U.S. District Court of Hawaii
300 Ala Moana Blvd, C-338
Honolulu, HI, 96850
(808) 541-1300

Re: Liane Wilson, 1:19-cr-00105-SOM-1

Dear Judge Mollway,

My name is J  S  . The following is a timeline from **November 2020 to March 2022** detailing my experiences with Liane Wilson's (AKA Liana Shanti's) Lumerian Mystery School and how it negatively affected the lives of myself and my family.

Given what I saw and experienced inside Liana Shanti's Lumerian Mystery School, her teachings are extreme, alienating, risky, dangerous, stress-inducing, manipulative, and controlling. Liana Shanti is not a mental health professional, financial advisor, or family counselor. However, she makes lofty and grandiose recommendations as if she is. She doesn't hesitate to dabble in psychotherapy and give medical advice. She also wields a deity-like power that her followers listen to without question. They'll go to great lengths to heed her advice and pay for her programs.

**[November 2020]** I witnessed my wife (now ex-wife) become heavily involved with Liana Shanti's Lumerian Mystery School. She joined Liana Shanti's Illuminations subscription for about **$70 a month**, granting her access to her weekly audio recordings and a private chat room to host Q&A sessions with her followers. At this time, I wasn't aware of the extent of her power and influence over them. However, I would later be privy to this once I found myself deep inside Liana Shanti's Lumerian Mystery School.

**[February 2021]** My wife told me that (based on everything she was learning from Liana Shanti's teachings) our marriage was (at best) on the verge of collapse or (at worst) already over. Nevertheless, she told me she was going 'all in' on Liana Shanti's teachings, which she felt was best for her. This moment was pivotal. With my marriage and household at stake, I decided to join my wife on a journey into the world of Liana Shanti.

**[Spring of 2021]** I purchased Liana Shanti's vegan juice cleanse, mother wound, father wound, narcissist wound, and Lifepath programs for **about $2,000**. These purchases granted me access to Liana Shanti's Lifepath Facebook group. This group was a 'safe space' to share personal confessions, stories, details,

3

hardships, and revelations about myself and my family. Unfortunately, after I left the world of Liana Shanti, she removed me from this group. Little did I know this content would be weaponized and used against me.

My wife would share what she learned from Liana Shanti's Illuminations and private chats. These teachings would be shrouded in conspiracy theories and apocalyptic predictions that induced fear and anxiety in me. We listened to the recordings of Liana Shanti's programs for hours and hours a day– to the point where the only person we were listening to was Liana Shanti. The deeper and deeper I got into Liana Shanti's world, the more power she exerted. She claimed she was a direct conduit to Jesus Christ and possessed mystical powers. These powers included psychic abilities and reading of the Akashic records.

Liana Shanti would host 'clearings' and psychic Akashic 'readings' and guide group members to make huge life decisions with little to no information about their living, financial, or mental health situation. She would 'confirm' memories of sexual abuse and trauma her followers believed to experience as children. These 'memories' would surface during the meditation segments in Liana Shanti's programs. Now my ex-wife is convinced her father sexually abused her. Before our involvement with Liana Shanti, my wife had never mentioned this abuse. Pretty soon, all our decisions had to be confirmed by Liana Shanti because she was the ultimate authority.

Liana Shanti and my ex-wife recommended we cut all 'toxic' friends and family out of our lives without giving them a chance to speak to us. With this lack of interaction with friends, family, and the outside world, Liana Shanti had created a radicalized echo chamber where her words became gospel. As a result, I began to obsess over anything that could have been deemed 'negative' or 'traumatizing' in my childhood. Without any feedback from the outside world, I created a distorted and exaggerated version of myself and my family.

**[Summer of 2021]** Liana Shanti advised my wife and me to quit our jobs and focus on becoming vegan health coaches. She also advised us to move from North Carolina to Florida by a specific date. Of course, I resisted the recommendation to quit my job and move, but my wife insisted it was part of our destiny as 'lightworkers.' 'Lightworker' is the term given to people inside Liana Shanti's Lumerian Mystery School. Anyone not doing this work is an outsider and an agent of 'darkness' or Satan.

Liana Shanti told countless women to leave their homes for 'safe' states such as Florida, Texas, Montana, etc. She advised people in Canada, Australia (and certain European countries) to flee with their families since they were no longer safe due to the vaccine mandates and protocols. Anyone who got the vaccine would be eternally cursed and become ill. These actions caused huge rifts within the families of these women. Their husbands and children had no say in the matter– unless they joined them. Anyone who tried to stop them was deemed a 'narcissist,' 'dark,' or 'unhealed.'

While in the group, multiple people updated us about their attempts to flee their countries. With Liana Shanti at the helm, the group was there to support them and cheer them on. It was a celebration when

4

people made it to the United States. I also read accounts of people in dire financial situations after moving. Some people were distressed because they couldn't flee their countries' in time.' 2025 was the year of a world-changing event, so everyone was (and still is) on a timeline to get things in order by then.

Knowing families willingly became refugees in our country never sat right with me. All of this is happening while Liana Shanti is living comfortably in Hawaii (which isn't a safe state by her standards), but somehow it's okay for her to continue living there. I learned that Liana Shanti's recommendations don't apply to her.

[In October 2021] Heeding the recommendations from Liana Shanti, my wife quit her job, and I reluctantly moved to Florida. Through a loophole in our apartment complex's transfer policy, we secured an apartment in Tampa, Florida, that we couldn't afford on my salary alone, which created a great deal of fear and anxiety within me. I knew the path we were on was unhealthy. The night I got to Tampa, I had a nervous breakdown. I begged my wife to leave Liana Shanti's Mystery School to no avail. My wife, Liana Shanti, and the group chalked this up to my fear of making significant life changes. I have, in writing, Liana Shanti coaching my wife and me through these moments using 'love-bombing' techniques.

[January 2022] Heeding the recommendations from Liana Shanti, I quit my job, and we were living solely on our savings and credit cards. We had taken a certification program through Liana Shanti's Health Mastery Institute for **about $4,000**, so we were working on getting our health coaching business off the ground. Liana Shanti advised many other women to do the same. Liana Shanti's followers told people fleeing Canada and Australia to start a business to acquire a work visa.

At this point, my physical and mental health was deteriorating rapidly. I was exhausted, malnourished, financially and emotionally stressed, and isolated. I would communicate this to Liana Shanti and her group, but they saw it as something I needed to overcome and encouraged me to 'keep going!' I knew I was in trouble because we were burning through cash and had no consistent income stream. I slipped into another nervous breakdown and begged my wife (again and again) to leave. This cycle continued for months.

[March 18th, 2022] I knew I needed to leave the world of Liana Shanti, and my wife wasn't coming with me. So I contacted my family, whom I hadn't spoken to in almost a year, to ask for help. Then, devastated and heartbroken, I boarded a flight from Florida to New York with nothing but a backpack and suitcase to my name.

[The Aftermath] Since then, I've been back home with my family and friends getting the support I need as I rebuild my life. I've connected with other survivors and their families. I've shared my experience with them and offered to be a source of support. In addition, I've been working with a therapist to help me with bouts of PTSD and depression.

I included these accounts in affidavits for two families where the wife attempted to abduct her children. One of these wives told Liana Shanti, my ex-wife, and her followers that I had written a 'false' affidavit. I didn't say anything publicly about Liana Shanti, my ex-wife, or the group. Nevertheless, Liana Shanti mounted a public smear campaign against my family and me to retaliate.

Due to my participation in helping these fathers in family court, Liana Shanti attacked, bullied, and humiliated me directly to discredit and intimidate me from providing evidence to the court. Liana Shanti weaponized the exaggerated confessions and reflections I wrote in her private Lifepath group, where I paid $800 to participate. She published them on her Instagram account and podcast without my consent. She also made psychic claims that I'd become ill with colon or bowel cancer.

Liana Shanti also attempted to get me fired by notifying my employer. They also created a website to help syndicate this content and make it visible to search engines. If I Google my name, this website now appears in search results. Liana Shanti also recruited and groomed my ex-wife to claim that I physically, sexually, and emotionally abused her. At the expense of my mental health and well-being, they're using (at best) an exaggerated or (at worst) an utterly false version of me as a marketing campaign to promote their products and services for payment.

I was let go from my job at the end of January due to a 'lack of work.' It's difficult to say, but what they read could have influenced their decision. I fear this publicity will make finding a new job and earning a living more difficult, which is what Liana Shanti and her followers want. These efforts have retraumatized me multiple times, making my path to healing harder than it already is.

I didn't realize it then, but I was being held emotionally hostage by my ex-wife, Liana Shanti, and the rest of the group. Nobody physically forced me to stay, but I loved my wife and didn't want to leave her. Liana Shanti and the people in this group became my only support system, so the deeper I got, the harder it was to go. However, Liana Shanti has shown her true colors and the lengths she'll go to silence anyone who stands up to her.

Thank you for taking the time to read my story.

Respectfully,

J       S

To Whom it May Concern:

In early September of 2020 my sister, L  F     , moved to Fayetteville, NC with her husband. They had previously lived in Portland, ME. As the pandemic hit, L   became more and more isolated and depressed. She had been laid off from her job, was burdened by Maine's extended winter, and now had the fear and uncertainty of Covid-19 hanging over her. Like so many during that time, she was afraid that things may never return to normal.

It was around this time that she discovered Liana Shanti's Instagram page. Liane catered to people's fears by proclaiming herself a psychic, shaman, healer, etc. She repeatedly posted how she predicted Covid-19 with regards to spirituality, politics, and society. She also painted herself as a savior, a safe haven during such tumultuous times.

My sister recommended that I too follow Liane, and I did. I briefly scanned her page, and from what I had seen, I agreed. She proclaimed to be a Christian. To reprimand mysticism, and pornography- both convictions I respect and uphold. However; after seeing her posts for a few weeks or so, I was baffled. Nearly EVERY post was astrology, mysticism, and nonsense. She was/is a hypocrite and a liar. I unfollowed her, but said nothing of it to L  . I regret my inaction, but hadn't seen what a threat this woman was.

Sometime in the beginning of 2021, L  began a discussion with me about the Mother Wound course. I thought this was a spin-off of a mother wound thing she had me watch back when she lived in Maine. I told her that I didn't feel I had a mother wound anymore- it had healed. I healed through multiple long conversations wit my mother as an adult, where I was able to empathize and relate because I too was now a mother myself. There was wine and tears, and joy.

Strangely, L  appeared frustrated with my response. This was one of the first red flags looking back. She was becoming very polarized in her thinking.

The second red flag was when she expressed that she had stopped smoking weed. I was really proud of her and asked for her to share her journey with my son's girlfriend who was currently struggling with the same substance. L  was very vague, and seemed unwilling to really share. I found it so odd.

The third red flag was when she and J  (her now ex-husband) had gone vegan. J  had looked the healthiest I had ever seen him when they moved to Fayetteville. He had lost so much inflammation and weight from his early twenties' beer and pasta days. He attributed it to low carb and healthy meat consumption. Why was HE going vegan? When I asked what influenced their decision, I got more vagueness. When J  joked about adjusting to the diet and having gas, Li  got VERY defensive of the diet as if it were a person. She was short with J  - something I had never seen before.

J  and Li  moved to Raleigh in the beginning of 2021. They came to visit me a few days after I had surgery in March. We went out to lunch and had a talk about our parents moving to Florida from NY, a decision we had been impressing on them FOR YEARS. L  was suddenly hesitant and pessimistic about them doing so. Her behavior was becoming more confusing by the day.

We came back to my house, talked a little more, and then they went home. We had talked about my upcoming trip to Texas, and had planned on celebrating L  's birthday when I returned. While I was

there, I bought her gifts, and couldn't wait to see her again. The Texas trip was amazing. I spoke to her on the phone a little, but was saving the really incredible parts for an in-person visit.

In the beginning of May, I received an email at one o'clock in the morning from L___. It was so bizarre. She went over three interactions that we had had over the course of the past year. She now viewed them through lenses of hostility and resentment. She explained that she was on a healing journey and it was very important that she not be invalidated during this time. She stated that she needed time with no contact from me. I had no opportunity to say my peace- to assure her that there was ZERO hostility or resentment, and there NEVER has been. I can say that with complete honesty.

I said nothing to my parents about the letter. I didn't want them to get involved, especially since I wasn't sure how it would affect their relationship with L__. In July, they called me. It was absolutely soul crushing to hear what they said. L___ had written them and, in her letter, she accused Jack, her father, of molesting her. Jack was in such denial that he could not comprehend what her words said. My mother was so distraught and perplexed that she asked me to read it and explain to both of them what L___ was saying. It was like telling someone that their most beloved family member had died.

Sometime later, L___ sent ANOTHER letter stating that it had recently been revealed to her that our mother had attempted to suffocate her at seventeen months old! She had the AUDACITY to thank my mother for not following through with the alleged attempted murder! We learned later that Liane Wilson is the one who told my sister about this incident via her supposed psychic abilities.

My parents were the first to connect the dots and discover the source of my sister's delusions. J___ and I began investigating as much as we could to find out who Liane is and what motivates her. I began expanding my knowledge on cults, cult leaders and their tactics for covert control. I was angry with Lisa in the beginning, but through education, I have been able to view her for what she is- a victim.

Last March/ April we found out that J__ S_____ had left L___ and returned to his parents in NY. We learned through him that they had sold most of their belongings; including their car. They had moved to Tampa, in a very expensive apartment. J___ said, under the advisement of Liane, that they had her recordings playing 24/7. They had both lost so much weight. They were struggling, and Lisa was becoming more polarized and fanatical. When J___ was on the verge of committing suicide, L___ accused him of being manipulative. These ARE NOT her words. These are words of a deranged and mentally ill woman who has been coerced into this cult.

L___ was sunshine that loved to bask in its rays. She is a summer child. She loved the beach and swimming. When she and J___ lived in Raleigh, L___ was so excited to swim in their community pool that their balcony overlooked. J___ had confided in me that by the time summer had rolled around, L___ was so brainwashed by Liane that she never swam in the pool for fear that vaccine shedding would destroy her soul! She is crippled by fear, yet Liane travels, socializes, and lives life unrestrained by the very principles she drills into her followers.

When J___ left, things accelerated. Over the course of the past year, L___ has been made the primary ambassador of Liane's attempt to rebrand herself. She now believes that her father, paternal grandmother, maternal grandfather, cousin, third grade teacher, my mother's ex-business partner's husband, a neighbor (the single true accusation), an uncle, AND myself had all molested her. The absurdity of these accusations are somehow lost on a woman who claims to have been a high profile

8

lawyer. If my sister was put on the stand and interrogated by even the most inexperienced attorney, her story would quickly be shredded by inconsistencies. However; Liane continues to facilitate her delusions in order to supplement her agenda, and wallet.

Liane has made posts on Instagram with photos, hashtags, and VERY personal information about my parents; J    S    , and myself as well as my family in order to defame and shame. Some statements are flat out lies, some incorrect, and ALL out of context. My children and husband have been named. She claims that all of this libel is in response to cyber bullying and harassment; but it is simply not true. I sent ONE message to my sister in the past two years. It was on Pinterest and consisted of two links about how to identify a cult. Naming an innocent four-year-old in a slanderous and very public post is abuse. I've lost count of the times my sixteen-year-old has cried over missing her aunt, as well as anger and humiliation over these hateful posts.

Liane attempts to victimize herself and her followers. She creates "boogie-men" out of their concerned and loving families in order to keep her devotees paralyzed with fear. An example of this was on January 8th of this year. My sister put in a blog post how she had confirmation regarding attempts to silence her. L    recounts a trip to the police station after fleeing her home- never to return. I'm positive Liane's "psychic" nonsense had my fragile sister in an absolute panic. She is being mentally tormented by Liane; the very same woman who claims to be her savior.

It is suspected that Liane creates alternative email addresses, and profiles in order to harass herself. She then uses this as "evidence" of attacks from innocent family members. J    F       had software downloaded on his computer that deleted information he had collected on Liane, as well as prevent him from finding it again via alterations to his Google results. This occurred after clicking on a link that was sent in an email that appeared to be from L   . There were also suspicious links on her website devoted to slandering "family cults".

Another thing Liane does to further cripple her supporters is slander experts in the field of cult recovery and deprogramming. She brainwashes her devotees about such reputable professionals as Rick Ross, and Steven Hassan. In the event that any of her victims break away, how long will it take for them to seek help from the very authorities in cult recovery that can help effectively?

The pain that Liane has caused my family in immeasurable. I miss my sister. I love my sister. My children miss her. I am so thankful that she and J    did not have children. What Liane has repeatedly done to fathers and husbands is pure evil.

She is not a shaman. She is a charlatan. She is unconscionable for egotistical and financial gain.

I know Liane will read this. These are for you, Ms. Wilson:

2 Timothy 1:7 for **God gave us a spirit not of fear**, but of power, and love, and self-control.

You do not know Jesus. You do not represent him. You spread FEAR.

2 Timothy 3:1-7 But understand this, that in the last days there will come times of difficulty. For people will be **lovers of self, lovers of money, proud, arrogant, abusive**, disobedient to their parents, ungrateful, **unholy, heartless**, unappeasable, **slanderous**, without self-control, **brutal**, not loving good, **treacherous**, reckless, **swollen with conceit**, lovers of pleasure rather than lovers of God, **having the appearance of godliness, but denying its power.** Avoid such people. For among them are **those who**

9

creep into households and capture weak women, burdened with sins and led astray by various passions, always learning and never able to arrive at a knowledge of the truth.

1 Timothy 6: 3-5 If anyone teaches a different doctrine and does not agree with the sound words of our Lord Jesus Christ and the teaching that accords with godliness, he (she) is puffed up with conceit and understands nothing. He (she) has an unhealthy craving for controversy and for quarrels about words, which produce envy, dissension, slander, evil suspicions, and constant friction among people who are depraved in mind and deprived of the truth, imagining that godliness is a means of gain.

Colossians 1: 16-23 Therefore let no one pass judgment on you in questions of food and drink, or with regard to a festival or a new moon or a Sabbath. These are a shadow of things to come, but the substance belongs to Christ. Let no one disqualify you, insisting on asceticism and worship of angels, going on in detail about visions, puffed up without reason by his sensuous mind, and not holding fast the Head, from whom the whole body, nourished and knit together through its joints and ligaments, grows with a growth that is from God.

If with Christ you died to the elemental spirits of the world, why, as if you were still alive in the world, do you submit to regulations---"Do not handle, Do not taste, Do not touch" (referring to things that all perish as they are used) ---according to human precepts and teachings? These indeed have an appearance of wisdom in promoting self-made religion and asceticism and severity to the body, but they are of no value in stopping the indulgence of the flesh.

Matthew 7:15 Beware of the false prophets, who come to you in sheep's clothing but inwardly are ravenous wolves.


Sincerely,
Kristin

Honorable Susan Oki Mollway
Judge of U.S. District Court of Hawaii
300 Ala Moana Blvd. C-338
Honolulu, HI 96850
(808) 541-1300

Re: Liane Wilson, 1:19-cr-00105-SOM-1

Dear Judge Mollway,

My name is L    Sc    . The following is my description of how Liane Wison (aka Liana Shanti) affected the lives of myself and my family.

It was Mother's Day, 2021. I was eagerly awaiting to hear from my son and daughter-in-law when I awoke that morning. Although they were living in Raleigh North Carolina at the time, I knew that I would either receive a delivery, as my daughter-in-law was someone who would always send special and unique gifts or receive a facetime call as we would often facetime each other. After waiting all day, I strangely received an audio text from my son saying Happy Mother's Day. Nothing else, no I miss you, no I love you, nothing. Not a word from my daughter-in-law. Not a card, nothing delivered, not a word. I knew something was wrong and my heart sank. That was the last time I heard my son's voice. Weeks went by and still no communication. June 2021, I received a text from my son stating that he was very busy and that he needed space and time to reflect. I did not answer his text as I was so very hurt that I did not know how to respond. I knew that he and my daughter-in-law were working on a health coaching website together. This was something that they shared with us. I wanted to respect their space and give them the time to work on this together. Three months went by without a word. It felt like a lifetime.

September 2021, the day that would change all our lives. Myself, my husband and my daughter were driving to a family occasion. My daughter was unusually quiet and then I heard her begin to cry. Through her tears she said, "you are not going to believe what I am reading". It was an email from her brother to her. An email that would destroy our family to pieces. This email from my son would go on to say that he no longer wanted us in his life. We were toxic, narcissistic people. He wanted no contact with us and that he was cutting us completely out of his life. He began to say that he was changing his phone number, his email and that he was planning on moving without a forwarding address. He informed my daughter that my daughter-in-law was notifying her family with the same no contact, cutting ties decision. This no contact, cutting ties was extended to their friends. Friends that my son had been close with since grammar and high school. The words were so hurtful and devastating. All I kept repeating in my mind was that these words were not his. This is not my son. This is not who I raised. There must be someone getting in his head. Someone evil, someone selfish, someone very calculous. My intuition was 100% correct. This someone was **Liana Shanti**.

I decided to check out my son and daughter-in-law's health coaching website and there were several links that lead me to Liana's "belief program". This was so out of the world to me that I couldn't believe that this was someone that they chose to follow or should I say purchase her program. This program seems to start off as a health and nutrition program. This program followed a strict vegan, very costly supplement diet. With today's health trends, I could see someone being interested in seeking

11

something that would help guide them to a healthy lifestyle. My daughter-in-law was always someone to follow many health trends. Diets, shakes, vitamin regimens. My son was always supportive with whatever latest trend my daughter-in-law was on and would sometimes participate in the same trend. So, I could see why this would lure them into Liana's program. Of course, nothing is free. This program would cost my son and daughter-in-law not only their money but their mental and physical being. The pictures posted of themselves on their site were unremarkable. My son and daughter-in-law were emaciated looking. So skinny, eyes sunken in, so unhealthy looking.

As you begin to search for the links to Liana's world you start to abandon the health and nutrition part and enter the world of Illuminations, a spiritual healer, a healer of abuse, energy medicine, mother wounds, father wounds. Everyone is a narcissist, an abuser, toxic. Her guidance and steps to rid everyone in your life at a cost of hundreds and thousands of dollars. Let me help you, click here to pay. That's exactly what my son and daughter-in-law did. They paid. They paid this immoral woman for her program. A program that would empower and direct you to begin a health coaching website that **must include Liana's teachings**. A program that would direct you to move to Florida, quit your job to solely focus on the website. Get more people to follow, to believe, to pay. This led Liana to continue to take advantage of their vulnerability. This led to her destroying families to the point of no return. It was all about the money, the greed.

So, it began. My son and daughter-in-law were in deep. No contact with anyone. I kept in contact with my daughter-in-law's parents as they too were deep in sadness. Since being notified of this behavior of destruction and losing their daughter, they too could not believe what was happening. We helped each other by being supportive emotionally. Not only were they sad to lose their daughter but their son-in-law who I know they loved very much. Holidays came and went. Birthdays came and went. The death of his grandmother. Not a word from my son. The sadness and despair were beyond belief. I went deeper and deeper into depression. Not getting out of bed for days. This took a toll on my husband and daughter. Our lives were not the same. Our son was gone. My daughter, his sister, lost her brother. My husband would tell me daily that my son would come to his senses and return. It was like grieving his death even though he was alive **and then it happened.**

March 2022, after not seeing my son since December 2020 and not hearing his voice since May of 2021, my phone rang. "Hi Mom, it's J  . I can't believe you didn't hang up on me". He said by making this call that his marriage was over. He said by making this call that my daughter-in-law wanted him out. He began to sob. He said he wanted to end it all and that he had to get out. He begged my daughter-in-law to please leave with him. He begged on his hands and knees that she please stop this madness and leave with him. She wanted no part. Even knowing that my son was contemplating ending it all. Even knowing he was going to walk out the door. Her not caring of his wellbeing. It was very clear that Liana was deep in her mind and under her powerful grip. A grip that would ultimately end their marriage. A marriage that became one sided and that one side was Liana Shanti's side. The choice was made, and my son came home.

He came home a broken man. He was so frightened of what was to become of his life. What was to become of my daughter-in-law by her choosing to stay. He had no job, no money, no car. He sold everything to continue to pay for Liana's teachings. He was so thin, so unhealthy, so mentally unstable. He kept repeating that he was going to hell for his decision to return to his old life. He was going to hell because he returned to his abusers, his narcissistic, toxic family. This is what he was taught by these

12

teachings. He was going to burn in hell. It was months and months of pain, crying and Liana's teachings imbedded in his mind. He had to retrain and deprogram his mind that he wasn't going to be punished or go to hell for returning home to his family and friends. He had to trust that it was okay to live again without feeling he was cursed by Liana Shanti.

During his healing process, with professional help and the support from his family and friends, one of his goals was to help others who were lured into the psychotic world of Liana Shanti. A world of control, greed, spinning her web of destruction. Hurting and destroying other families with children. Children that were torn apart from their fathers. Fathers who are trying to help protect their children from the exposure of this lifestyle of isolation and destruction. Unfortunately, my daughter-in-law is still deeply trapped in Liana's world. So deep that she has become Liana's puppet. She uses my daughter-in-law as her scapegoat to attack, accuse and make up imaginative lies about the ex-followers who decided they were done and would no longer take part in this lifestyle. Attacks and lies on those who left the group, including my son. There are also attacks from Liana herself wishing illness and death on those who left. These attacks and lies would ultimately cause these people difficulty with moving on and leading a back to normal life. These attacks and lies which were posted on social media are causing job losses, humiliation and embarrassment. These attacks and lies are continuing to be posted. This is the only ammunition that Liana has. She is continuing these attacks for fear of being exposed. She only cares about losing her money and her lush lifestyle in Hawaii. Liana Shanti needs to be uncovered for her manipulative, greedy, lying, self-centered, advantage taking destroyer that she is. My hopes and prayers are that my daughter-in-law and others escape the grips of Liana Shanti. My hopes and prayers are that they start to see what and who Liana is truly about.

Thank you for taking the time to read my letter in hopes of making a difference.

13

Liana Shanti has negatively affected my and my family's life.

My name is R_____ D_____. I am a mother of four adult children, and grandmother to four grandchildren. My oldest son is W_____ M_____, and his partner/spouse is P_____ H_____. W_____ two children (my grandchildren) are L_____, and E_____ M_____.

My granddaughters, L_____ and E_____, have been abducted by their mother (A_____ B_____—now called M_____ O_____, and stepfather (D_____ B_____) and moved to Jacksonville Florida. My son W_____ was told by A_____, that she had already purchased tickets' to go to Florida for Christmas 2021. W_____ and A_____ have Joint custody. A_____ never asked for W_____ written consent (to cross the border), and he refused to offer it. It was his year to have the girls for Christmas. Somehow, without W_____'s consent or their vaccinations, A_____ and D_____ went to Florida. Little did we know at the time that they had no intention to come back to Canada. This wasn't a vacation, it was abduction.

Since L_____ and E_____ were born, we have been very close. When I say "we", I am referring to myself, my husband (J_____ D_____), and actually my entire family. We would visit the girls as often as possible, but mostly had them stay with us whenever they could. Some of my fondest memories are on our front deck, where all four of our grandchildren loved to come sit with me and have intimate personal conversations.

I am unsure of specific dates, as I had no idea that our life needed to be documented. But I do recall one conversation that stood out because it was terrifying. This conversation took place on my deck, and was before covid. Perhaps 2018-2019. Both girls were talking, and brought up the subject of a psychic from Hawaii that their mom-A_____ spoke with on a regular basis. They told me that their mom would just have sessions with psychic in the car with the girls/children hearing everything. They were so upset when they told me that the psychic told their mom that she needs to go to any length, to get rid of P_____ (stepmom). They were confused because they loved P_____. The psychic said that P_____ was Evil. I learned this psychic's name was Lianna Shanti. This caused the girls to doubt their own instincts/feelings and they began to feel alienated from a relationship with their stepmother.

On another occasion but the same year, L_____ told me that their mom read both girls a letter that was addressed to L_____'s grandparents/A_____'s family. It spoke of A_____'s pain and abuse from her childhood along with accusations of family sexual abuse. The girls mentioned that the psychic (Lianna Shanti) spoke with their mom about the need to confront and cut ties with family and friends because they were all toxic. This left the girls alienated from that side of the family, including their cousins and childhood friends. The girls were only about 8 & 10 years old and were too young, vulnerable and fragile to be subjected to these emotionally burdened and frightening conversations.

The girls loved to visit me/grandma D_____. I would cook their favorite meat dishes and snacks to spoil them a bit. They often ate like it was their last meal. Far more than the average child that age could eat. On another occasion, on the deck, they shared that their mom had decided that the family should eat vegan. They said that their mom was complying with the psychics program by going vegan. "But grandma", they said," it's not fair! We always catch our mom sitting outside in the car scarfing down a hamburger or something else." This only caused more confusion and double standards for the girls. They were also hungry!

During covid, we didn't get to see the girls very often for obvious reasons. But I was told that after one of our visits, they were made to do a coffee enema, because my husband and I had our vaccines. L_____ and E_____ were told that made us toxic, and that the vaccine could "transfer" onto them and make them infertile to ever have children.

I have closely witness my son W_____ and his wife P_____ suffer endlessly over the constant manipulation of the girls for many, many years. But now that they have been taken out of country, with no glimpse of their return, the suffering is insurmountable for W_____ and P_____, as well as endless other family. Since then, L_____ and E_____ have been denied access to their father and step mother, grandparents, cousins, aunts and uncles. They are allowed to text or phone, but

14

Pal&2

this leads me to my next concern. I believe everything they text is being monitored. I can no longer have the close personal conversations with either of the girls. It's always very platonic like "Merry Christmas! I miss you!" I can tell them what I had for supper, or what craft I am making, or that I went to one of their cousins' hockey games, but nothing personal! Everything about our relationship has changed. It feels as though they have been told what they can and cannot say. I have tried to get them to open up, but I quickly realized that they could get into trouble at their end if I push it. Once, L⬛ sent me and several others a video of her playing a guitar and singing a song she wrote herself. Her talent is amazing, but the words in her song were filled with so much agony and pain that I literally broke down. It felt like it was the only way she could communicate with us perhaps. I was in so much emotional pain for her, and myself that I impulsively texted her immediately and pleaded for her to come home. She quickly changed the subject, and I never brought it up again.

On a few occasions, one of us has asked the girls "so when do you think you will be coming to visit?" They tell us whatever story they have been told, which I always felt was deceptive. They are Canadian citizens and can come to Canada whenever they want. And if they only came home twice/year, they wouldn't need a visa to live there.

Along with this I have met and spoke with other families that are experiencing very similar dynamics that involve Lianna Shanti, as well.

I/we are so afraid for L⬛ and E⬛. They are helpless children in a foreign country. They have lost access to their "safe" family. This cannot go on!

DATE April 13, '23

NAME R⬛ D⬛

SIGNATURE ⬛

15

Pg 2 of 2

Honorable Susan Oki Mollway
Judge of U.S. District Court of Hawaii
300 Ala Moana Blvd, C-338
Honolulu, HI, 96850
(808) 541-1300
Re: Liane Wilson, 1:19-cr-00105-SOM-1

April 19, 2022

Dear Judge Oki Mollway,


**Statement of W     M     and P     H**
Liana Shanti

A     B     - is my ex-wife and student of Liana Shanti

L     and E     M     - my daughters who I share legal custody with A

P     H     - my partner of 9 years and step mom to my two daughters

Nearly every weekend for years now my daughters would come to my house and share stories about what Liana Shanti was saying to their mom and to them.

It got significantly worse in 2020 and 2021.

Some of the things my daughters shared with me and/or were made to do because of the instructions of Liana Shanti:

"Liana said your house is dark and she needs to do a clearing on it so we feel safe" - my daughter was scared and upset cause her mom told her that she knew it sucked to be at her dads place but not to worry cause Liana was going to clear it and protect her from us and our dark home".

"Liana said that P     is doing things to harm us and that mom had to do whatever it takes to get her out of our lives"

"P     , my mom and Liana are absolutely obsessed with you and they aren't going to stop until they destroy you and ruin your life".

"Liana said that my friend's mom is trying to hurt me and hates me and my friend is bringing dark energy into mom and D     's house so I have to cut my friend out of my life" - my daughter did cut her friend out because of this.

16

"Liana said that we can't be around vaccinated people cause if we are then we won't be able to have babies in the future" - I was taking my daughters to see their grandparents and one of them was very upset and crying that she didn't want to go because she was scared that they would shed on her and she wouldn't be able to have babies".

"Liana said that my friend was possessed and then she had to do a clearing on her. It was so scary!!" - we told her that what went on likely wasn't at all real and that Liana isn't always right and she likely was wrong about her friend. My daughter then said "that's what I said! But then everyone ganged up on me and got mad at me saying that NO LIANA IS ALWAYS RIGHT".

One weekend my daughter came to see me and she was sharing how her mom made her do a coffee enema against her will, after she got back there last time after visiting us. She said she made her do it because of her being around her vaccinated grandparents. Liana continues to share how vaccinated people are soulless, dangerous, satanic, dark, and will harm you if you're around them.

Sometime around 2020 or 2021 my ex-wife A          sent an email to her parents, accusing them of being complacent of sexual abuse. She told them that they were no longer welcome in her life. Then she made my daughters read it. When they told me about it they were upset since they loved their grandparents and it clouded their beliefs about the love their grandparents have for them, and they no longer got to see them because of this.

This is a pattern of Liana Shanti's students, to cut out family.

In 2020          took them out of school without my consent. Even though she shared with me previously, that my one daughter struggled with on line learning during the covid lock downs. Currently, both of my daughters are stressed because of the struggles they are having and worried they are going to fail. They have shared with me that they are behind and can't catch up. They don't have anyone teaching them while doing homeschooling, according to them.

This is also a pattern of Liana's students and Liana talks a lot on line about how public school is Satanic. A          told me that she didn't want them in public school because she was concerned about vaccination rules. There was no forcing to vaccinate children in Canada.

We were a very close family (me, P          and my daughters). They absolutely loved P          , felt safe with her and trusted her. And often shared many of their feelings with her or asked questions of her about growing up as girls. Until they were fed lies by their mom and Liana that P          was dangerous and harming them on purpose with her dark energies. This is another tactic of Liana. She's done this to other step mothers as well.

December 19, 2021. A          took my daughters and crossed the Canadian border with her current husband d     B          and their other two children they have together, and went to Florida (according to Liana Florida is a "safe state"). I did not give my consent to do this.

They are not vaccinated. So, we aren't sure how they made it across without my signature of consent or proof of vaccination.



She then kept them there without my permission or consent. She kept telling me they just weren't ready to come home. And since then, she's refused to bring them home and claims they need a visa to return to Canada. A        B        abducted my children and I haven't seen them in 16 months.

Both of my children have consistently been sharing with me and their mom that they want to come home to me. One of my daughters has been acting out towards her mom telling her she wants to be back home with her dad. And her mom tells her. "Go ahead but you will never see me again". This same daughter posted a video to YouTube sharing how much she wanted to see me and come home but that she wasn't allowed to. She spoke about how I am the only one who's ever been there and who's supported her when she needs me. Her mom made her take it down.

A        has shared on social media that I have given permission for them to move. (I did not). She's also said the same to her now husband, D     . I have spoken to him and he has shared his concern for my daughters being kept from me. There are also posts made by my ex-wife in lianas on line groups stating "as you all know, I moved my family to Florida in December of 2021".

In April of 2022, an Instagram page was started about Liana Shanti being labelled a cult. Until this point, I thought I was the only one going through losing his children, to the mother leaving the country and moving without consent.

Shortly after this page was started, I started to get messages and phone calls from other dads. These dads all shared the same story with me. They all said their wives or ex-wives left and took their children without consent. They all claimed some sort of sexual abuse. And they were all students of Liana Shanti. I began to see the pattern and got even more concerned about my daughters.

I have lost a year and a half with my children that we will never get back. There is a hole in me where my kids used to be.

My mental health has diminished greatly because of this. I have spent hours and countless attempts to talk to authorities to get help.

The financial repercussions of the lawyer bills to try to get my children back because of decisions that were not made by me, but decisions guided significantly by Liana Shanti, are weighing on me heavily.

My children have not only been isolated from me but they have been made to fear my home, my partner, their friends and other family members.

They have been taken away from love and connection.

18

They have lost their rights to proper education, religious or spiritual beliefs, sexual beliefs, and to live freely as Canadians.

Liana Shanti has been continually attacking my partner, P    a. She's done this through my children and hasn't stopped slandering P      and many others on line for over a year now.

Liana's attacks have had a significant impact on P      's business, she's constantly scared and stressed about what's coming next. She has cost P      significant financial hardship as well as significant mental health and emotional pain.

Liana has ruined our lives for no good reason. And there seems to be no end in sight.

Previous to my ex-wife becoming a student of lianas sometime around 2016, we didn't have these kinds of issues between us. Since then, my family has suffered greatly.

I am very concerned that this statement is going to get back to my ex-wife A      and my children will suffer because of it. Liana has a pattern of using things like this against people. Whenever someone stands up to her, she attacks them.

My life, P      's life and our lives with my children have been impacted immensely because of the advice and programs of Liana Shanti that my ex-wife continues to take part in, as well as the ongoing behaviour of Lianas on line activity.

Thank you,

W      M


**P      H          's Statement**

I am very apprehensive to give this statement, because Liana has a history of viscously attacking anyone who stands up to her. I have already been a victim of a fabricated lawsuit of hers.

I am the Partner of W      M        (2014-present) and step parent to Lo        and E    M      .
A        B      /M    O        (Mother to L        and E    ) – student and client of Liana Shanti Since 2015

I have been targeted by Liana Shanti since at least 2018, via my stepchildren and on-line slander, by both Liana and her students. On Instagram, Facebook, reddit, substack and a website called exposing family cults that was created and ran by liana.

https://www.exposingfamilycults.com

19

Liana has played a significant role in creating fear in my step-daughters in regards to me and my relationship with them, but also in regards to their other friends and family; specifically, people who are vaccinated, eat meat, drink any alcohol, or live in Saskatchewan and Canada.

I have lost my relationship with my step daughters in part because of the lies that were told about me and in part because they were taken to Florida in December 19, 2021 and have not been returned once to see their father (see W      M      statement).

Liana constantly speaks on line about how Canada is dark and more specifically Saskatchewan is a dark evil vortex. This is where we live, and she has instilled fear in the children. Not only have I lost the connection with L        and E    , I had a significant 6-month period of loss in business after the on-line slander began. I am in the spiritual business, and to be accused of abusing and abandoning children, black magic and being a servant of Satan is a direct attack on me as it pertains to the business that I have previously been successful in.

Here are some of the things that she has said, that was shared with us by my step daughters:

"Liana, told mom that she needs to get P      out of this family no matter what it takes".
"Liana said, P      uses her powers to hurt us".
"Liana and mom are obsessed with hurting you P       and aren't going to stop until they destroy you"
"Liana said, the reason mom and D       marriage sucks is because of P      ".
"Liana said, my friend was evil and dark and that I needed to cut her out of my life" (she did cut her out).
"All they (liana, mom and friends) do is sit around and talk about P       and how evil she is".
"Liana said, P      is dark".


Lianas ongoing attacks at me have caused me to isolate myself from the outside world for months, and has caused L        and E    to emotionally isolate themselves from me. We once had a very close relationship previous to this.

We live in a small community, where I am known for my business, and this is literally the talk of the town. This has caused me to fear and distrust even my own community. She even went as far to tag me in a post about a sexual assault incident in a catholic school here. Implying I had something to do with that.

She created a narrative on her social media that I was a criminal, part of pedophilia ring, sexual abuse, child abuse (to my own children as well) and that I was a practicing black magic, including on children. She also created a story that I was being tailed by the FBI and law enforcement and that I was being watched and stalked on social media (where I also run my business). She hasn't stopped in a year. All of this has caused significant stress and loss.

20

I have sought out help. And paid thousands of dollars for that help and in legal fees, because of her abuse alone.

She even went as far as to serve me on W⎯⎯'s 40th birthday, accusing me of online slander towards her. This is public record in Hawaii. I sent a response and a counter claimed, with actual proof of what she has been doing and continues to do. In her claim she states "upon belief", (NOT proof), that I am responsible for all the online stuff being said about her being a Cult. Which once again, is not true. I did however, provide proof of what she's been saying about me.

This was just another extremely traumatic event. I was being bullied and targeted by her once again. W⎯⎯ had to take time off work (more financial strain), because at this point, I wasn't sure if I wanted to live anymore. I was beyond the point of being anywhere near ok. The stress was destroying my mental health, not to mention feeling constantly physically sick.

The stress of this ongoing abuse from Liana and the loss of contact with the two girls I have helped parent for almost 9 years, has harmed my mental health, my physical health and my business. It has also significantly harmed, my once, loving connection with my step daughters.

They have been continually told things by both Liana and their mother about me that have led them to no longer trust that I am a safe or loving person, and have been told to fear our home/their home.

I previously had very close relationships with them both. Because of this, it has also greatly affected mine and W⎯⎯'s relationship. To the point where on two occasions, I moved out and we pretended we broke up in hopes that Liana and A⎯⎯ would stop telling the children that I was harmful and trying to hurt them and others. I chose to do this for my mental health, and also so that W⎯⎯ could have weekends with his kids without it always being "liana told mom that….about P⎯⎯". And it worked, they stopped saying things to the kids during those time periods.

Around the spring of 2022, it got significantly worse and a Reddit page was started called "The Evil In Saskatchewan". My picture was on the front. It was a very long post of awful lies about me, W⎯⎯ and others. I managed to have it taken down in September, but Liana just moved it all over to her Exposing Family Cults Website, under the tab "Start here". She has not taken it down and continues to share about it.

She has posted my picture and asked for prayers to "delete and destroy" me and the other servants of satan. "Jesus we ask you to DELETE AND DESTROY……P⎯⎯ H⎯⎯ who is campaigning to invalidate truths about child abuse to cover up her own misery. She is hateful and envious. She abandoned her own son Austin, and her guilt and shame have turned her into a soldier of Satan"

21

August 2018: A　　　　sent a message to one of my friends about me telling her:

"My shaman has been clearing away all her (P　　) curses and spells, and protecting us for the past two years. She has been dealing in black magic and putting spells on my family and has now turned her efforts to you (P　　's friend). **And is literally trying to bring anything to you that can end your life.** Same thing she's been trying to do to us. Be sure to protect yourself and your kids from her daily".

Non- stop Online slander shared by Liana Shanti (I have the documents) beginning in about April 2022 and hasn't stopped as of April 12, 2023

Liana Shanti Instagram Stories:

"She abused and abandoned her son Austin and is a drug addicted, failed reiki healer, schizophrenic from Saskatchewan. She's created a huge legal mess for herself....as if her life wasn't already depressing. Literally her outcome is not good, she is festering a cancer tumour."

"She is a servant of Satan who abandoned her own son and she struggled for years after, until she found a man who could be her next victim, who happened to be the ex-husband of my student. When I started clearing my students' children after their visits from their father...she became enraged and started pouring every ounce of energy she has into harming my student AND her children. She is a dark reiki practitioner who practices extensive black magic on M daughters. P　　has prohibited conversations between them and their father"

"P　　is one of the lead people traced directly through IP addresses and emails to reddit and fraud websites in the 30+ page investigative report."

"She is being brought to legal justice, in addition to divine justice. She has zero authority, zero voice and zero power".

Her students: omg P　　's face is awful; I can't even bring myself to look at it. H　　's dad is frightening but P　　, my body became nauseous and I started to gage. (There we tons more comment like this and about my business and how I sucked at it).
Liana replied saying: Yes, she is so sinister. P　　is a sneaky slimy snake. It is a different type of evil. (They then went to talk about the skeletons in my eyes and how evil and gross I was.)

I could go on and on and on about what has and still is being said about me on-line via Liana shanti and her students. Not only does liana have this entire website slandering me, she has countless students sharing that website to all their social media. I found 15 in a matter of 10 min.

For months, I spent every single day being scared to leave my own home. When I did have to leave, I was in constant fear that someone was following me and watching my every move. My body was continually shaking, and in a state of terror. Previous to this, I was very mentally

22

healthy. Up to this point in my life, I never felt trauma. I spoke with a therapist and she said it sounded like I was experiencing PTSD, due to the constant attacks occurring on line from Liana shanti, mixed with the loss of my step daughters, strain on my business and having to go through that trauma with their father (W    ) losing access to his daughters.

The actions and advice of Liana Shanti has caused me and as well as many others a significant amount of harm. Children are being isolated, and have lost many connections to the people they love and have felt safe with previous to this woman being in their lives and ears.

Thank you,

P     H

23

Senior Judge  Susan Oki Mollway                          K      and M      L

Case # 1:19-cr-00105-SOM-1

Unionville, Ct 06085


Dear Senior Judge Susan Oki Mollway,  My wife and I are writing to detail the damage Liane Wilson (aka Liana Shanti) has inflicted on our family. We were a very close family! Our daughter A    L    Je    married T    J    in 2007 and have 3 children. When they lived in Connecticut, we spent as much time as we could with our grandchildren whom we love dearly! Quoting a text from A    as they moved to Montana in 2019, " the heartbreak of knowing the kids won't have daily/weekly access to you and Dad. And I want them to have that, with every ounce of my being. I want them to experience life and adventures with you guys as much as possible. Ask anybody who's ever been to our house growing up and they'd say you guys would easily take the coolest grandparents award any day of the year. They are beyond lucky to have you, It's killing me that we have to be so far."

April 2021-  A    began HMI (Health Mastery Institute class online)We went to Florida together for about a week.Our two oldest grandchildren stayed with us in our room. We started noticing a change in A    towards T

.August 2021-  We went to Montana's Glacier National Park with them. A    seemed aloof, disconnected, and listening to Liana Shanti on her headphones much of the time

.September 25,2021 -  We received a text informing us of her filing for a divorce. Quote " I don't need or want a response."

September 2021- September 2022-  Many attempts were made by us to contact her through letters,texts,emails, and phone calls with no response.

September 14, 2022-  A    repond's, " I'm not writing to maintain contact and I will never keep abusive people in my life no matter who they are. Goodbye mom."

December 24, 2022-  A    sent an email threatening to "take legal action against us if we contact her in any way, shape or form." She has also cut off contact

24

with many others including her close church family, her sister (only sibling) , grandparents, extended family, and friends. She missed her sister's college graduation last year and a cousin's Wedding. She keeps the children from contact with their friends.

A        was a loving, caring person before she met Liana Shanti. She is a different person now! We believe that she was coached to divorce her husband. We have screen shots to prove that. " I still love Him, this is the hardest thing I have ever done, Liana better be right." Previous to her connection to Liana, she would post many times on social media of her love and admiration of T   . Under Liana Shanti's manipulation and suggestive leading, A       has accused us of child abuse. Most recently in court in Missoula, Montana in January 2023, she accused me (K      ) of sexual abuse of her as a child. Because of this lie, the judge ruled that we cannot have any contact with our grandchildren! This has been excruciatingly painful for us! This is due to Liana Shanti acting as a supposed psychologist to dredge up "repressed" memories in our daughter.

Liana has posted my full name on the internet calling me"        's abusive father." She has also posted a portion of a private letter written to my daughter, taking it out of context, to try to prove some sexual misconduct. I have many friends and family who would testify to my character in this matter as well and my second daughter. My wife and I have served with Junior High and High School aged kids in our Church for over 25 years without the slightest accusation of any impropriety. This includes many overnight stays at Retreats and Conferences as well as our home.

We also find it despicable what Liana has done to our son-in-law,T       J       , putting a mugshot of him on the internet approximately 15 times saying T       J       arrested for domestic violence, calling him a "disgusting evil manipulator", "a pedophile or a pedophile enabler". All while disregarding the truth that the charge of domestic violence was reduced to, trespassing,even though the truth was posted online.

25

We would like to testify to T          's utmost love for his wife and children as well as many others who have written character letters in his support. We couldn't ask for a better son- in- law! Liana's defamation of him as a person is ridiculous and libelous and without a shred of truth!

Words cannot adequately express the pain and suffering inflicted on our family due to Liana Shanti's teachings and manipulation of our daughter.  We fear for our grandchildren's mental and emotional state from being stripped of contact with family members who love them!

Thankyou for taking the time to hear our hearts.

Sincerely, K       and M        L

CC.: Sara Nieling

26

April 18, 2023

Honorable Senior Judge Susan Oki Mollway,

My name is T    J     and I am writing to share with you how my family was torn apart by the teachings and actions of Liana Shanti.

In early 2021 my wife, A    , started following Liana Shanti through social media platforms and quickly became involved with her teachings. She began listening to a course titled *Healing From The Pain of Narcissistic Relationships*. Through this course and the influence of Liana Shanti, A     became convinced that every person closest to her — her father, mother, sister, and even me — was a narcissist and should be cut out of her life. In August 2021 she completely cut off communication with her father, mother, and sister. That month was the last time A     allowed our three young children to see their maternal grandparents, with whom they had strong, loving bonds. Shortly thereafter she filed for divorce. Although A     expressed on social media that she was having reservations about going forward with the divorce, she was told by Liana Shanti that she must proceed, and she complied.

In December 2021, despite my attempts to repair the damage, A     moved out of the marital home, taking our three children with her. I have since learned that Liana systematically convinces her followers to take children away from their fathers, in some cases even moving them to other countries. Months later, Liana coached A     on how to fully isolate the children from me by involving the police. In October 2022, A     called the police on me, claiming that I had assaulted her and threatened to hurt her. She then communicated to Liana with excitement about successfully having me arrested, which was celebrated by Liana via social media. After investigation, the assault charge was fully dropped, but still, she had succeeded in cutting off all contact between the children and me for a period of three months. Since the arrest, Liana has been repeatedly posting my mugshot on social media, saying that I am an abuser and a dangerous person, asserting that I assaulted A    . Liana does not care about the truth of the matter; she uses slander to exploit and manipulate situations to gain more attention on social media.

Another concerning aspect of Liana's teachings is the propagation of conspiracy theories. She instructs her followers to isolate themselves and their children from people who have received the COVID-19 vaccine. Due to this, A     has isolated our children, preventing them from visiting their friends' houses if anyone in the household had been vaccinated. A     also teaches the children that all vaccinated people should be avoided, even feared. This paranoia has further strengthened A    's resolve to completely remove the children from public school. Due to a court order, she has not removed the children from school, but she continues to express her strong desire to do so in order to protect the children from perceived harm in the public school.

Liana Shanti's teachings have torn my family apart. My children have been isolated from a strong and loving support system, which includes myself as their father, grandparents, and

27

friends. There are already signs that their mental health has been compromised by the events that have taken place, primarily due to the negative influence of Liana Shanti. The effects will continue to worsen for my family and other families whose parent(s) have been deceived and controlled by Liana Shanti as long as she continues to operate as she has.

Respectfully,

T      J

28

Honorable Susan Oki Mollway
Judge of U.S. District Court of Hawaii
300 Ala Moana Blvd, C-338
Honolulu, HI, 96850
(808) 541-1300

Re: Liane Wilson, 1:19-cr-00105-SOM-1

April 19, 2022

Dear Judge Oki Mollway,

I'd like to share with you the story of the last three years of my family's experience and the destructive influence Liane Wilson and her teachings have had on myself, my wife and our two children. Everything I state in the following is what I have been told firsthand or what I witnessed myself.

**My Reality - Fall of 2020**
My wife and I resided with our children ages 3 and 6 in Ontario, Canada.

My wife was introduced to Liane Wilson's *Lemurian Mystery School* and *Health Mastery Institute* (HMI). Lemurian Mystery School is described as a "Practitioner's Certification Course for Women Ready to Answer Their True Calling" and the Health Mastery Institute known as "the world's only plant-based health coaching and business certification school."

Liane Wilson made grandiose claims regarding her abilities and accomplishments, self-identifying as the following (including but not limited to): spiritual teacher, Seeress (Prophet), Psychic, Akashic record reader, Author, visionary, medicine woman, millionaire mentor, Shaman, energy worker, Artist, Clinical Nutritionist, wellness educator and successful Wall Street lawyer. These two businesses are not mutually exclusive from each other, and ownership belongs to Liane Wilson aka Liana Shanti. Each business feeds clientele into the other strategically by cross promoting a twisted otherworld fantasy, mental health counselling and nutrition.

It should be recognized that Liane Wilson identifies as a "millionaire mentor", despite her messy financial past, (which is incredibly misleading). Additionally, online statements provided by Liana regarding the multiple degrees she's obtained appear to be unsubstantiated. It has been determined through public court records that Liana changed her means of employment to a time share sales representative for Wyndham Resorts in Hawaii when she failed to renew her law license after practicing law for only 18 months in 1999 and after leaving the state of New York.

Following this introduction to Liane Wilson, my wife spiraled into a dangerous obsession with the teachings and the embodiment of the Goddess like image Liana presented online. She referred to Liana as being on "next level", holding extraordinary abilities that no one else possessed. Not long after, my wife began to isolate herself from friends and family. Anyone vaccinated was perceived as a threat to be avoided at all costs. My wife's world became filled with mythology, the supernatural, conspiracies, the illogical, the unreasonable and the impossible. Paranoia began to set in and quite quickly she was disconnected from her previous reality.

I was informed by my wife that she had made the decision based on Liana's pedigree and representation to heal herself. I was also given the opportunity to heal under Liane Wilson's guidance by my wife, however, if I chose not to heal alongside her, she wanted to go through the process of getting a divorce rather than seek traditional marriage counselling. Before the Covid pandemic, I would openly advocate for our family to attend counselling and we had already started the process. This was no longer an option once Liane Wilson was in the picture.

**February of 2021**
My wife subscribed to Liane's online courses that included mental health counselling and spiritual guidance. This was also influenced by Liane's claim of being psychic and a prophet (previously my wife did not engage in this belief). These courses consisted of Mother Wound Healing, Father Wound Healing

29

and Healing the Narcissist amongst others. She shared with me that it was much like meditation and suggested I listen to one of the course recordings. After doing so, I found it very strange that it didn't resemble any type of cognitive therapy or meditation I had ever experienced before. Specifically, the mother and father wound courses felt more like activities to prompt the user to "relive past traumas" and I didn't feel comfortable at all. Both my wife and her sister became completely enthralled with the teachings of Liana Shanti and it became an obsession. My wife became convinced that our families were narcissistic or NARCS as this association labelled anyone who wasn't healed by way of Liana and her courses.

After enrolling in HMI, my wife radically changed our children's diet and nutrition. The children were forbidden to consume dairy, and she made comments such as "milk is full of parasites and estrogen, and I don't want my kids to become transexual" (Liana regularity published hate speech against the "Trans agenda"). The children were not allowed to eat eggs as my wife referred to them as "chicken fetuses". Arguments were a regular occurrence because I kept staples in the fridge such as milk, eggs and cheese. The children were regularly denied the foods they were accustomed to eating and often asked for normal food which caused me stress and worry. The children lost weight, appeared emaciated and I believe they were malnourished and vitamin deficient.

My wife began participating in juice detoxes, Candida cleanses and coffee enemas which became the new normal around our house. She even attempted to put our eldest son on a Candida cleanse against my wishes which resulted in the child vomiting after the first day of the ordeal. The enemas, as my wife claimed, helped her rid her body of parasites and spiritual "entities" from past lives which needed to be cleared. These parasites were also referred to as "dark energy". My wife would regularly engage in private chat conversations with Liana and others through the secure Signal app chat room, where she would ask Liana to perform clearings to rid her and the children of these "entities" and "dark energy." On one occasion she asked Liana for confirmation that my youngest son did not have a demon attached to him but if he did, to please clear it.

My wife stated that she felt lucky to have found "Liana Shanti" in this lifetime and had now realized that she was reincarnated from the lost civilization of Lemuria. She further expressed that she felt it was an incredible gift that she had found "Liana Shanti" and it was no coincidence that all Lemurian sisters were being reconnected in this 3D world. My wife and her sister (twin) considered themselves light workers and holders of ancient gifts and both wholeheartedly believed in the teachings of the Lemurian Mystery School. This statement is reinforced in Liana Shanti website. *The Lemurian sisterhood: "you were called here. You most definitely are not here by accident".*

After one meditation session with "Liana Shanti", my wife claimed to have recalled memories where she had been sexually assaulted by a family member at the age of 3. When I questioned her in regards to what Liana's response was to these "new repressed memories", she stated "Liana confirmed the memories were true." These memories continued to manifest over time. I watched the confusion my wife felt as she tried to manufacture events and timelines to spin the web of false claims which had never before come up in the 10 years I had known her. The more time that passed, the more grandiose and far-fetched the memories became. my wife claimed she remembered being a victim of sex trafficking at the hands of both of her parents up until the age of 7. When I questioned these events and asked if sister had the same memories, my wife indicated that she had no memory of any sexual assault and stated, "my sister is not sure and hasn't remembered anything yet".

My wife would regularly attend Liana's Signal chat groups asking for confirmation of the sexual assaults. These requests included verifying specific questions regarding what my wife claimed to have taken place. (GRAPHIC CONTENT) For example, she asked Liana "did he smile at me when he finished raping me?". These conversations were extremely disturbing and difficult to read.

(GRAPHIC CONTENT) Subsequently, my wife accused the same family member of anally raping our child when he was just 9 months old. She began coaching our son to believe that this family member did the things his mother claimed. The coaching took place 3 years after the supposed event took place, which was documented by me and there was no police report ever made. my wife claimed the sexual

30

assault allegations were again confirmed by Liana based on her psychic abilities and her access to the Akashic Records. The conversation regarding this took place in our Living Room where my wife praised Liana for her power to confirm and unlock these repressed memories, stating that "your body never forgets". My wife also stated she had memory recall of "being aborted fetus" in another lifetime which she claimed was the reason she did not feel wanted in this lifetime.

I brought this to the attention of my legal counsel at the time and it was determined the probability of the sexual assault against our son was highly unlikely considering it would have been immediately recognized considering the age of the child at the time of the claimed abuse. Furthermore, it was physically improbable for the assault to happen due the extensive medical issues of the accused individual which would have prevented such actions at the time.

**March of 2021**
My wife and her sister broke into their parent's home in Ontario and ransacked it, ripping up family photos and destroying memorabilia in a process called "cord cutting" which is a ritual promoted by Liana and resident Cult therapist D     H     aka. K   A     within the Lemurian sisterhood. To this day, my ex-wife has no relationship with her parents and has vehemently denied the children's grandparents to have access to the children.

Resident cult therapist is on record saying, "you have to cancel the contract your soul made before coming into this world". This was all part of the "ascension process" being taught.

My wife was often found listening to Liana on her earbuds. When arriving while late at night I discovered that she was playing Liana's audio recordings next to the children's heads while they slept via iPad. These recordings consisted of repetitive speech and sounded like nonsense. This story has repeated itself as I spoke to many other victims' families.

**Summer / Fall 2021**
My ex-wife took the children and moved from our home 45 minutes outside of Toronto when I was out of town on business without a parenting plan in place. We had officially become separated. It became clear that despite having a previous mediated agreement outlining we needed to reside in the same neighborhood and co-parent together, she was trying to limit my access to our children as I was apparently a narcissist. Both the mediator and myself were greatly concerned about Jessica's uncharacteristic behavior and unpredictability of moving into a rural area so far away with no connections to the community. We both became suspicious that she was trying to remove me from the children's lives.

**May of 2022 - Liana the Dental Specialist**
We found out our 6-year-old suffered from Dental Enamel Hypoplasia. My wife became fixated on Lianas alternative health methods and purchased her "'dental protocol" which promised to help rebuild enamel if followed. Following such a regimented "protocol" was basically impossible due to its complexity and the promise of unrealistic results. The reality is you would never reach your objective. Upon consultation with several Dental professionals, they assured me that the claims promised were unrealistic and virtually impossible (I do believe that this cost my ex-wife $400).

Dental Enamel Hypoplasia is a defect characterized by thin or absent enamel in the teeth. Our son had a particularly massive hole in his molar that needed immediate attention which required a dental surgeon to repair. While she administered the Liana guided dental protocol, J         would ask Liana for Psychic guidance and a diagnosis as to whether our sons affliction was healing (from 4600 miles away in Hawaii). His dental health deteriorated over the next 12 months forcing me to seek legal intervention to have the problem fixed by a dental surgeon. Our youngest child also started suffered poor dental health and went from previously having NO cavities to 5 cavities within a 7-month period. My wife would brush the children's teeth with copious amounts of turmeric against my wishes and all traditional medical or dental treatments and remedies were prohibited in our home.

**November of 2021 - The Great Migration**
Liana Shanti regularly gave medical advice regarding the Covid vaccine to her followers in the Signal chat rooms. Liana was very vocal about the conspiracy theories of vaccine shedding and actively claimed that associating with anyone who was vaccinated posed a serious threat to her students' safety. Again,

31

mysticism and the absurd came into play while Liana promoted nonsense in her chat rooms. The vaccine or exposure to anyone around it would prevent ascension from the 3D world (Earth) and your soul would be trapped for eternity in this realm. She encouraged women to seek protection in the safe states in the US; Florida, Texas and Montana prior to January of 2022. This created fear and panic in Liana's Lemurian Sisterhood. The mothers in Liana's chat group would openly discuss removing their children without their fathers knowing. Plans were discussed openly and put in to action, resulting in some of Liana's followers leaving the group out of fear of prosecution for being connected to criminal activities. 3 separate families fled from Saskatchewan to Jacksonville, FL to all live under one roof in a house that was later nicknamed "Destiny Manor". 11 children and 5 adults (4 women/1 man) all have been residing there since December of 2021, some illegally. Others have lived transient lifestyles with their children in tow without resources to obtain proper shelter and food.

My wife routinely referenced those vaccinated as having a death sentence, and stated she believed the vaccine would cause infertility and a change in the children's DNA. She believed this would ultimately prevent their souls from ascending from the 3D world to the 12th Dimension (divine) which was very much in alignment with Liana Shanti's teachings. In summer/Fall of 2021, J____ kept our children from me for over a month after she found out I was vaccinated. The children were withheld when their grandparents came for a visit and were prevented from visiting. This absurd behavior was brought to the attention of the family mediatior several times and became well recognized.

In November 2022 my wife attempted to abduct the children after calling me in a panic, stating that she was leaving the Country with the children in the next 72 hours due to the COVID vaccination border restrictions being implemented. She booked a private helicopter ready to take the children to the USA and needed to leave as soon as possible. I vehemently refused to allow the children to leave Canada (Liana regularly promoted getting out of Canada and it was dangerous to stay in a Nazi state). Thankfully my Lawyer had previously warned me to secure the children's passports due to my wife's erratic behavior out of fear for the children's safety, so I was prepared.

After preventing the abduction and securing custody of our children (2 weeks later and unaware of Liana's doctrine), J____ and I reached a legal agreement through the mediation process. We agreed to a 6-month trial relocation to Florida for the winter to be closer to my family during Covid. There was the possibility of permanent residency however, this was dependent on the Immigration process and the success of my wife starting a business. Me being unaware, this plan was in alignment with the HMI health coach certification process my wife paid $5000USD for and Liana's conspiracy theory about migrating to Florida before a "life altering event" was to happen March 2023 (timeline shift). This is referenced in the Jennings Brown article in the Daily Beast published March 2023.

**Winter 2021 / Spring 2022**
While residing in Florida, J____ continued to fall deeper and deeper down Liana's rabbit hole. She looked emaciated with a dazed look on her face and was completely disconnected from reality. The children informed me their mother was always listening to Liana with her earbuds in which is uncharacteristic as she typically hates technology.

While in Florida, J____ failed to honor and participate in the enforcement and family dispute resolution that we agreed to as outlined in our Canadian separation agreement. As a result, and unbeknownst to me, the agreement had become non-binding due to J____'s refusal to participate and resulted in the agreement unenforceable in the USA. When I pressed my wife to participate in the agreement, she would tell me that the agreement was non-binding. I had been set-up rendered powerless in another Country and unable to protect my children. Phone calls to the mediator and my legal counsel were regular. Correspondence sent to my wife encouraging her participation in the agreement happened often but were ignored and brushed off.

One of my last encounters in Florida with my wife was in a Costco Parking lot while exchanging the children. The conversation ended with my wife yelling at me from 50 feet away with a public audience and in a hostile voice. "Why is it every time I get my children back from you, our sons bum-hole is red??" she screamed. It became obvious that there was now potential for false allegations to be made against me while in a foreign Country. Based on the previous actions of my wife coaching our children and her discovery of repressed memories, I immediately contacted my legal counsel and family mediator. It was

32

becoming very transparent that there was the possibility of another abduction attempt using false allegations against me in Florida which would further complicate things considering I was/am a Canadian citizen.

The reality was my children were being starved while in Florida and would arrive to my home during visitation with diarrhea and extremely loose tool that lacked any fibrous content. This was all from the HMI school and its teachings that had become incredibility destructive to my children.

All of this is has meticulously documented for Children's Aid Services as they have been actively involved with our family since Liane Wilson entered our lives causing me to have no choice but to protect my children.

**May of 2022**
I returned to Canada to close the sale on our home in the Toronto area. While in Canada, I was prevented by J        from speaking to the children in Florida. During the 3 weeks when I was back in Canada, I was barely allowed to speak to the children despite repeated attempts to contact them repeatedly via email and text messages. My phone number had been blocked by their mother.

My wife was involved in a motor vehicle accident which resulted in the car being totaled. This was never brought to my attention while in Canada that my children had been involved. I was advised by my son that my wife blamed me for this collision despite me being over 1500 miles away. Apparently, my "dark energy" was to blame. I have heard this same story firsthand told from other Cult members in the Lemurian Sisterhood. The story originates from Liane Wilson and is another mechanism to drive you away from people in your life. This story is often told and repeated as car accidents can be common.

After being allowed one phone call after 21 days of no contact with my children, I received information about the Liana Shanti Cult Recovery group. I was immediately put in touch with several other families whose children had been abducted without parental permission and it became abundantly clear that my wife was in the process of removing me from the children's lives. I became suspicious of what was happening because my communication from the children was cut off and I was trapped in Canada closing the sale of the family property.

Despite several documented requests, my wife continually denied me access to the family's immigration paralegal that was handling the documentation. Ultimately, I was left off the paperwork for our family's immigration the USA, contrary to our agreement.

Guided by legal counsel and several other participating authorities with this new information I immediately expedited my return to the United States exactly 182 days after original entry and the children's visitors Visa's had expired. I made sure that the children were in my care on the last day of our "non-enforceable agreement". This was the same day J        and both children qualified as residents of the state of Florida.

Upon speaking to my eldest later that night, he provided me with insight into the inner workings of Liana Shanti's conspiracy theories and Lemurian fantasy doctrine. My children had sustained over 6 months of strict and obscure diets, lost considerable weight and encountered failing dental health.

Much of the Liane Wilson Cult doctrine information was already known to me, however it was disturbing to realize that this had now become the normality for a 7-year-old. He was also aware of the sexual assault claims made about his younger brother by an immediate family member which was devastating for me to witness.

Due to my wife's inability to meet the criteria set forward in the separation agreement and time constraints associated had expired, I was able to legally act upon the enforcement of the separation agreement. My wife was notified by my legal counsel that the children would be returning to Canada where they were citizens.

Despite several requests, my wife immediately refused to participate with any legal counsel representing her and utilized the Florida court system to file for divorce. This was a direct attempt to keep the children

33

in Florida and in the hopes of terminating our Canadian separation agreement and dismissing it. This action would allow her to hold our children hostage in the USA leveraging the Florida family courts despite being in the Country illegally. I truly believe this was premeditated as my wife demonstrated knowledge and understood that Florida residents require 183 days in the State which would ULTIMATELY provide her protection and allow her to remove the children from my custody. Consequently, I would be forced to leave the United States due to an expired visitor's visa or perhaps my worst fear, bogus charges being filed against me in the Florida court. The above action is consistent with the activities and coaching I have witnessed within the Lemurian Sisterhood to gain control of your children and remove the fathers from their lives (see T    J        statement).

Subsequently after legally returning the children to Canada, my wife filed charges under the Hague Convention for child abduction. This action was perplexing as it was CLEARLY STATED in our agreement that the "family was to immediately return to Canada should the conditions not be met without the allocated time period" (this was to satisfy USA Immigration policy and PREVENT illegal residency in the USA). It is undetermined why she would choose to engage in a $125K litigious battle unless she was receiving coaching or was under coercive control. The agreement couldn't have been clearer.  In essence, she was spending $125,000 to reside in the USA illegally with the children. The very premise of a legal challenge was absurd to me.

The hearing was Fall 2022, and it was determined by the Judge that my wife failed to abide by the separation agreement and did not meet the criteria for residency in the USA. The facts were clear that the children are Canadian citizens and were lawfully removed from the United States and returned to their domicile in Canada. Liana Shanti tried to spin a narrative to her followers that "I kidnapped my children" but this could not be farther from the truth.

After being returned to Canada, the children were reunited with all of their family members they were not allowed to see for the preceding 18 months (while J        was under the influence of Liana Shanti). Comments were made about their physical appearance and supporting affidavits were entered into the family courts.

While in Canada and preparing for my legal case, it was determined that Liane Wilson' Signal app had been installed on my child's iPad, which I am the owner of. I have transcript records from extended periods of time that show very disturbing conversations including discussion of unauthorized removal of children from parental custody and "coaching" techniques that would suggest coercive control through fear and intimidation. It is very clear that there was a considerable amount of medical information that was being dispensed by Liane Wilson regarding Covid.

**Liane Wilson The Chameleon**
In the summer of 2022, professional Cult experts analyzed Liane Wilson's group and started creating online content confirming and exposing the truth about her. When information began appearing online regarding children being abducted within the Liana's group, she began attacking everyone that came forward raising the alarm. Liane Wilson had first-hand knowledge of the abductions.

In Jacksonville Florida at Destiny Manor, located at                                    , Jacksonville, FL 32256, Liane Wilson was made aware of the allegations of kidnapping through social media. Liane Wilson acknowledged and reacted to the posts and chose to respond by denying everything. False allegations and charges started surfacing accompanied by bogus lawsuits and cease and desist letters filed on behalf of A        B    (M    O    ).

In August 2022 as a result of legal advice shared with me, it appeared that Liana Wilson's legal liability was questioned. Liane Wilson had demonstrated knowledge of the parental abductions that had transpired, and her destructive cult was being introduced through a multiple of affidavits in the justice system. This included FBI, RCMP, local Police and family protection agencies.

As a result of the multitude of family court proceedings active resulting from the verified parental abductions, Covid conspiracy and fantasy spiritual doctrine that Liane Wilson preached. Liana also registered Health Mastery Network LLC. To a business address in Las Vegas, NV.



Liane Wilsons Cult and psychic scam had now become exposed because exposure was happening online, and professional analysis was being done. Information was being published on Facebook, Reddit and Instagram by a group called the Liana Shanti Cult Recovery. Liane Wilson has been desperately trying to control the narrative and obscure the environment around her Lemurian Sisterhood Cult. Before the Daily Beast article March 2023, no-one had any idea that Liane Wilson was a convicted felon on probation with a past peppered with financial trouble, restraining orders and bankruptcy fraud.

**Exposing the Family Cult**
In retaliation and in an attempt to deflect attention while intimidating others that might come forward,; October 2022 Liane Wilson started the Exposing Family Cult website (www.exposingfamilycults.com) and has put out a call to action for her followers to file as many police reports as possible. In a high control environment such as the Lemurian Sisterhood, gaining favor and seeking the approval of the leader is a very common desire for followers (my own family life was controlled by Liane until my wife was given approval).

This website has been weaponized to re-victimize the families that had already been victims of her teachings and who helplessly tried to fight for their children who had been manipulated, coached and had abducted in some cases. Liana's cunning, pre-mediated actions was/is the most evil, callous and cruel demonstration that any malignant narcissist could do for self-gratification.

Liane Wilson's personal vendetta platform victims include:

**B          and S          H**
- H          W          tried to abduct their daughter resulting in CAS and Family Court involvement awarding custody to ByronMarch 2022
- Liane Wilson engaged in vicious character assassinations and slander including child molestation against them and the supporting Winter family.
- H          W          r participated in documented conversations with my wife Aug 2021 about going to Florida without my knowledge discovered in 2023.

**J          S**
- J          is the ex-husband of L          F          aka M
- Mr. Scoppino provided me and another family with an affidavit for Family Court porceedings outlining his experience in the Liana Shanti Cult
- In an effort to intimidate and prevent Mr. S          from providing testimony, Liane Wilson launched a vicious public character assassinations and slander against him

**P          H**
Stepmom to L          and E          who were removed from Canada unlawfully by A          B
Spoke out about the children taken online
Tried to be silenced through a slander campaign by Liane Wilson
Became a victim of Liane Wilson's frivolous lawsuit

**Joe Szimheart**
- Previous Cult member 1970's
- 40-year professional cult researcher
- Mr. Szimheart did an online analysis of Liana Shanti Cult on Youtube summer 2022

**Stephen Hassan**
He has been described by media as "one of the world's foremost experts
https://en.wikipedia.org/wiki/Steven_Hassan

**Rick Ross**
Is an American deprogrammer and Cult specialist, and founder and executive director of the nonprofit **Cult Education Institute.**

35

https://en.wikipedia.org/wiki/Rick_Alan_Ross
https://culteducation.com/

These cult experts have also been the brunt of Liana's online smear campaign claiming they too are pedophiles, kidnappers and satanic abusers. The message is always the same, but her list of targets continues to grow. This all stemming from an online teacher who claims she does nothing but teach Jesus' lessons on earth and teach women to become empowered and claim their sovereignly.

**Liana's Hit List** goes on and on. Liane Wilson will simply add peoples name to the menu therefore allowing seach engines to pick it up. Individuals' names then become associated with "Exposing Family Cult" resulting in damage being does to individuals reputations impeding employment of and causing job loss. ExposingFamilyCult (EFC) website is a wash of conspiracy theories with allegations of child molestation and demon worship. Its sole purpose is of malicious nature with intent to harm.

### Weaponizing Social Media / Instagram / Facebook / Substack
Liane Wilson is a a trained lawyer who has weaponized social media for indiscriminate attacks against innocent families for her own monitory gain. Without credible evidence from the authorities, she seeks to destroy people's lives with "repressed memories" **she confirms with her own physic abilities** and mental health coaching techniques.

Liana Wilson is notorious for posting sensational grandiose dramatic accusations against people on her Instagram. Most recently, she posted the implication of J       V       being kidnapped by abusers and pedophiles. She also claimed that her ex-husband and cult deprogrammers were behind it. #proofoflifejenniferverras

This is the 3rd time in the last 6 moths she has raised the alarm with false information about kidnapping. Again, the victims' families become a whipping post for her social media placement and desires. The purpose of ANY ridicules accusations is to drive viewer engagement and have the algorithms promote your Instagram profile based on views. Liane Wilson simply uses her victims as fodder.

Quite often Liane Wilson will post 100+ Instagram posts day. It becomes difficult to keep up the "content engine".

For the record. Liane Wilson claims to have 22,800 followers on Instagram. These numbers are easily manipulated and misleading as you can purchase "followers" at a discounted rate for the benefit of your algorithm.

In the last 6 months is appears that Liana Shanti Instagram has only risen marginally at best. Its suspect that based on the viewer interaction and engagement with her Instagram the numbers are real.
Its difficult for her to keep up this charade as people have been paying attention to this false prophet.

### Next Generation of Internet Influencers

Liane Wilson is not unique. She is part of this new disturbing environment where it's the wild west and people claim to be "life coaches" or whatever they desire. Influencers CAN BE ANYTHING THEY WANT without certification. Competition is fierce as this is the next generations #1 dream job. The whole objective is to steer traffic to your website.

Please see Teal Swan on social media. Liane Wilson follows the exact same playbook with "Spiritual Healing" and "repressed memories". however, Liana's Signature Design is doing it with a coffee enema and juicing not unlike other cults that participate in a diet restrictive environment.

Liane Wilson is an online con-artist and emotional terrorist who acts with premeditated malicious intent to harm others for her own gain. What kind of a sick person does this? A trained Lawyer?

### The False Narrative / Smoke Screen

36

Liane Wilson has now made the claim that she is a "child protection and domestic violence advocate for over 30 years". Nowhere has any of this information been able to be confirmed (30 years would have made Liane Wilson 22 years of age when she started this advocacy). In fact, Liane Wilson fails to mention any of the this "Service Work" on her website. In Liane Wilson's latest edited Webpage update she claims the following: spiritual teacher, visionary, psychic, shaman, business coach, abundance motivator, medicine woman, teacher, mentor, energy worker, artist, nutritionist, wellness expert, lawyer, mother, wife, friend. April 20, 2023

Liane Wilson's attempt to reinvent herself with the help of her resident unlicensed therapist D        H        (aliases K    A        and S        t R    ) acting as an advocate for abused women and children and a teacher of safe parenting. It's ironic considering Liana provides chat rooms and helps coach women using medical misinformation and wildly right-wing conspiracy theories.

**Closing**
In the end, collectively, our family out over $300,000.00 in fees NOT including lost wages as a result of the influence of Liane Wilson.. This colossal waste of money would have been life changing to our children and their future. The psychological trauma has been tremendous for our children and me. The children have been returned to school and are adjusting as well and returning to normal. We are hoping to put this behind us however Liane Wilson still has her influence over our family publishing my name and liable statements.

On behalf of myself and all of the fathers out there who have suffered so much pain and stress, I am sincerely requesting that you put an immediate stop the online abuse of our families. I ask that you request the Justice Department to investigate further into the influence and coercive control that Liana Shanti knowingly monopolized on as well as Liane Wilson's grandiose claims as a "Certified Nutritionist" and magical healing powers.

I have been personally attacked and slandered by Liane Wilson online. She has characterized me as pedophile, abuser and predator and she has continuously attempted to drag my name through the mud.

Liane Wilson must win at all costs regardless of the circumstances. This includes harming others for her own personal gain. Morality and ethics DO NOT play a part in her decision-making process. Even when confronted with the facts she still chooses to continue her "grift" at all costs. In my opinion she is one of the evillest dangerous woman on the internet today and should be banned from Social media for life.

I am happy provide any materials in my possession and cooperate with your investigation.

Sincerely,


P    T



It's not uncommon that there are more than one victim.

38

**From:** @hotmail.com>
**Date:** April 20, 2023 at 8:43:56 AM CST
**To:** @hotmail.com>
Subject: Victim Impact Statement re: Liana Shanti

Honorable Susan Oki Mollway
Judge of U.S. District Court of Hawaii
300 Ala Moana Blvd, C-338
Honolulu, HI, 96850
(808) 541-1300

Re: Liane Wilson, 1:19-cr-00105-SOM-1

April 20, 2022

Dear Judge Oki Mollway,

Victim Impact Statement from S          G

Liana Shanti, is a name I only know of because she has been the source of vicious online attacks towards my best friend and her family for the course of well over few years. I heard about it from my friend and began to watch helplessly as this person splashed my best friends personal life, all over social media adding her own sadistic spin to it. It was gut wrenching to watch my friend go through this day in and day out.... I will just mention that a large portion of this abuse happened when my friend was pregnant. The vicious attacks last fall suddenly turned to me, I woke up one morning and there were screen shots of Lianas social media accounts of me and my deceased grandfather (of 5 months). I felt like the floor fell out from under me. My Facebook profile picture, as I had it up there as a tribute to my grandpa who I missed dearly and was so proud to have him in my life for 91 years, was suddenly grabbed and demonized by Liana Shanti and her entire following of students. I am well aware that when a picture is placed on Facebook it is then "made public", that however does not give her any right to use that picture as apart of her social media accounts, doesn't give her a right to make derogatory statements about myself and my grandfather, doesn't give her the right to post and spin her own sick narrative on it for her followers to comment on day in and day out. I was distraught that she had pulled me into her web of online hatred, and it was a million times worse that she targeted my grandpa. I spend months loosing sleep over this, waiting for the next post and I would breath a sigh of relief when the 24 hour posts on her story's would go away. But then I would see the next morning she was at it again... the same picture with different captions, zoomed in at our eyes, calling us demons, her whole group of followers commenting. I immediately shut down my Facebook account, I blocked hundreds of Lianas followers and her other catfish accounts, as many as I could. I spend many sleepless nights wondering if my mom or my aunts and uncles seen this and what it would do to them, to me, to our family relationships, knowing that my picture of me and my grandpa was stolen by Liana and used in such a sick away. Anytime I left my house last fall I was

39

met with concerned friends and acquaintances wondering if I knew about the pictures, if i was ok, also many people wondering if i was in fact involved in this cult. It was a constant topic of discussion, it was exhausting. Liana is an extremely evil, calculated person, she wanted to bait me to react so she could keep posting and slandering me and my grandpa, for what reasons you ask? I don't know to further her narrative with one of her "students" who is tied to my best friend. This online harassment has negatively impacted my life in many ways, it has given me anxiety, tarnished my reputation, and made me fearful that the online attacks will continue and potentially bring in other family members, since she has proven that nobody, not even peoples children are off limits.

Liana Shanti or one of her "students" has even claimed that I was a part of on the cult recovery group website. Naming me in a court document and requested all of my correspondence with 2 other people, one of whom I don't know and the other is my best friends husband. This was extremely anxiety provoking when you don't know to what lengths and lies this person I don't even know will go to try and drag me through a court system. I am a single mother and the thoughts of having to seek legal council to defend a random accusation from a stranger is almost crippling. That I would have to put money I don't have towards "clearing my name" then wonder how I will feed my child.

I have attached some of the reoccurring pictures Liana Shanti has posted, it makes me sick and causes me extreme distress to even relive this…. 3 slides. There were hundreds shared to her stories of the same picture with all of her followers and herself commenting on my dead grandfather, making a joke of him, of me, this unfortunately will never go away. These images, these comments and the stress and impact on my mental health that has followed it will sadly always be with me.

@hotmail.com

40

TONS of people seeing this with regard to S██████ G████. The rage and evil in the eyes... this darkness goes WAY back in the lineage.

😱😱😱 That was my feeling too when I saw her, but that demon at her left 🥶🥶🥶???

I know. It literally sent chills up and down my spine. He looks like he's not even a living human.

41

# Rockefeller



42

TONS of people seeing this with regard to S▮▮▮G▮▮ The rage and evil in the eyes . this darkness goes WAY back in the lineage

👻👻👻 That was my feeling too when I saw her, but that demon at her left 😳😳😳???

I know. it literally sent chills up and down my spine. He looks like he's not even a living human.

That's exactly what I thought!
🥶
🥶 🥶

B
Email:          ₁@gmail.com

**VICTIM IMPACT STATE OF B          H          AND FAMILY**

Over the past several months, Liana Shanti has been using her online platforms to publicly attack myself and my family. She has used her Instagram page and her online website titled "Exposing Family Cults," to post false and defamatory statements. She is posting false information related to an ongoing private custody case I am involved in. These statements have affected me and my family physically, psychologically, and financially. I have never had any interaction with Liana Shanti, but she continues to publicly speak about me and my family and claim that I am defaming her online. She has even gone to the extent of filing a complaint in the State of Hawaii with these false claims, attempting to sue me. I have never created, operated, or posted on any social media websites about Liana Shanti, and I will continue to pursue legal action to defend this. I am not sure why Liana Shanti has chosen me as a key target for her online harassment campaign, but I believe she is trying to create a theatrical plot to gain followers for her own financial gain.

The only connection I have to Liana Shanti is through my ex-wife. I was married in 2013, we had a child in 2015, and we were separated/divorced in 2016. I was informed that my ex-wife became a student of Liana Shanti's in or around 2020 through her family. We began to have issues with parenting in the fall of 2020, and the court case remains ongoing. As part of this my ex-wife has made, or has caused to be made, multiple reports to social services, resulting in four separate investigations. All of the claims have been found to be unsubstantiated (April 2021; October 2021; December 2021; April 2022) after investigation by the appropriate agencies. Liana Shanti continues to post online as fact these false claims and is using these claims for harassment and abuse. I have never abused my daughter.

In addition to Liana Shanti posting about the false accusations made by my ex-wife, another one of her students has also filed proceedings against me, and she is posting about this. In July 2022 one of Liana's students filed a stalking injunction against me in Florida, claiming that I was posting about her online and that I have made death threats. None of this is true, and the student has now since dropped the proceedings. However, Liana continuously posts online that these accusations are true. I have never made any death threats or have stalked anyone.

44

Liana Shanti's posts are false and continuously paint me as a terrible person. She has made claims that I am evil, abusive, a narcissist, a stalker and that I am harming my child. None of this is true. She names other individuals who she reports to be bad people and states that I am 'aligned' with them, but I have no connection to these other individuals she posts about. Liana Shanti has even gone to the extent of harassing and defaming my whole family. She has found pictures of myself online, my wife, my mother, my sisters, and my brother-in-law. When she posts these pictures, she talks about them being evil and demon possessed. She even claimed that my nephew's health condition was because my sister was so evil. Everyone in my family has been emotionally affected by this, and it drastically affects you when the innocent children in your family are being posted about. Liana has also posted about the lawyer I have in my family law proceedings and calling her evil.

> JESUS we ask you to intercede immediately to delete and remove all demonic activity in this cluster of darkness in Saskatchewan - a hotbed site of the most vile group in existence

This online posting has caused me substantial emotional distress. I am continuously bombarded by people reaching out to me indicating that they have heard about the online harassment. It is affecting my reputation and is causing me anxiety. I live in a small community where everyone knows my name. I am continuously worried about people talking behind my back about this drama that Liana Shanti has

45

created online. It has even caused stress in my current marriage, as my new wife is being attacked online. Claims have been made that my current wife is demon possessed and is trying to be my ex-wife and is obsessed with her. None of which is true, but Liana is using this narrative to harass my family. The stress level has affected my current wife so much that she has been diagnosed with alopecia. My wife and I also live in constant fear that someone is going to take photos of us in public or try to take pictures off our social media accounts to provide to Liana Shanti to post. We recently had a new baby, and we are fearful that our new child is going to be targeted. As Liana has already discussed our baby online. It is so unfortunate that we feel that we can't even share pictures online with friends and family because of the risk that Liana would demonize the pictures if she somehow acquired them. Recently, Liana found a copy of our wedding video online and tried to create a narrative that we are not happy together. She analyzed the entire video and compared the wedding video to my first marriage, and simply used this to bully my current wife. Liana Shanti is an abusive person and is just simply mean.



Not only is there emotional damage created by Liana Shanti, but there is also a huge financial component. I have had to hire a lawyer to deal with my custody case, but I also have now had to retain counsel to defend myself in Florida because of a false accusation and now again in Hawaii because of

this false narrative that Liana is posting online. Previously I had my wife documenting any posts that were made online about me and my family by Liana Shanti, but because of the emotional stress it has caused. I now have my lawyer monitoring the online platforms, which is also very costly. I pay for counselling for myself, my wife, and for my daughter as well because of the emotional stress this has created.

Liana Shanti has also made me very fearful for my daughter's future and how she will be affected by this all. Liana has posted pictures of my daughter's face online and medical information, which she does not have permission to do so. This is a complete violation of my daughter's privacy. Liana has made posts stating how her goal in life is to ensure that Isla believes she did not have a good childhood. Which is also another reason why professional counselling is required for my daughter.



The last year of my life has been extremely challenging because of Liana Shanti. I have had to spend several thousands of dollars to protect myself and my family. She has affected my mental health, quality of life, and my personal relationships.



B   H       04/19/2023

April 11, 2023

To Whom It May Concern,

Our names are B       and D    Wi    r. Our daughter, H      began
interacting with Liana Shanti in March of 2020.  In July of that year she
told me a little bit about this woman and her mother wound and father
wound programs and how we all have to be healed from these wounds.
At that time we weren't that concerned but over the next year we
could see H        changing.  She had always been into health but she
started doing these body cleanses.  Only juicing for like 84 days. Doing
a lot of coffee enemas. But by the fall of 2021 she started not coming
to family functions and then did not even come to our traditional
Christmas festivities.  She said she needed time to herself.  She also
told me at that time that her Uncle had sexually abused her at 10
months old and also one of her brothers.  I was floored. I told her that I
was nursing her at that time and that I would never have let her be out
of my sight.  Then she said it was probably when she was 3??? By
January she had completely cut us out of her life. We heard that she
was selling a lot of her household items and we thought that was very
strange.  By March of 2022 we contacted her ex-husband B
H        and he said that she had asked him in Dec if she could take
their daughter Isla to live in Florida. He had refused her request. We
had no idea that she was thinking of relocating to Florida.  B       was
very worried that she would try to kidnap his daughter and flee to the
States.  He had I    's passport flagged at that time. It was April 14,
2022 when we learned that H       had tried to go cross the border in
later March. B       reported it to his lawyer and a judge immediately
took I    away from H       that day. She has only had supervised visits
since that time with B       having sole custody of I    . But it has not
stopped her from her involvement with Liana. In fact things just
progressed to get worse.  H       started putting over social media that
her father B     W       sexually abused her from 10 months to 10
years old. H       was always close to B       and never once had any

48

problems him. We were a close family and helped her through everything in her life. For her to turn on us is completely out of character. She was also a very devoted mother and would always put I first. What we have gone through since Liana came into our lives has been nothing short of a living hell. I wouldn't wish this on any family. I has had to give up her life with her mother and even much of her family because it is hard for us to see her that often. This is just a brief description of the pain and agony we have been through. We pray that no other family will ever have to go through an experience like this.

R W D W

49

Honorable Susan Oki Mollway
Judge of U.S. District Court of Hawaii
300 Ala Moana Blvd, C-338
Honolulu, HI, 96850
(808) 541-1300

Re: Liane Wilson, 1:19-cr-00105-SOM-1

April 19, 2022

Dear Judge Oki Mollway,

My name is S    L      and my family member is involved in Liane Nancy Wilson's cult.

My cousin R     (name has been changed by Liana Shanti to K      A    ) connected another
individual named A      B     (name changed by Liana Shanti to M     O     ) into Liana's
organization. My cousin fled from Regina, SK to Jacksonville, FL in December of 2021 after isolating
herself from family and friends and selling off all her things. R     (K    ), A      (M    ) and 2
other women and 11 children are all living under the same roof. I have been told by individuals that
they are actively recruiting other members of Liana's group to go and live with them. There is a
waitlist for those who are hoping to reside in the house as well.

I have been contacted by a few individuals on Reddit and Instagram to discuss our shared
experience with Liana Shanti and the same pattern persists with all of us; that being the person who
has the affiliation with Liana Shanti removes themselves and their children (if children involved) and
takes them to other areas primarily in the USA to be homeschooled and out of the "systems reach".

Our stories are very similar in that my own family members started their journey by adopting a very
strict vegan lifestyle, giving themselves a minimum of one coffee enema a day, gaining a newfound
love and admiration for Jesus (Liana Shanti's version of Jesus), a belief that anyone with the COVID
vaccines is dark energy and should not be associated with for fear of vaccine shedding. The
unwavering belief and worshipping of Liana, and attendance to and completion of multiple courses of
Liana's teachings; Mother Wounds, Father Wounds, Healing from the Narcissist, Inner Child
Wounds, and strict isolation from family members and friends (also referred to as "the family cult" by
Liana and one of her higher up followers named K    A     (real name is D        H      /alias is
S      R     ).

It is also a consistent pattern that her students have not met Liana Shanti in person or seen her face
on camera (until Liana posted an AI looking video very recently) and that each member has been
coerced to believe that they had been physically, sexually, mentally and/or emotionally abused by
family members and/or partners with no proof or evidence of it happening and no record of police
reports backing up claims. Another consistent is most of these families, inclusive of my own, involved
their loved one moving or planned to move to one of the places in the world Liana had deemed safe.
The majority of these "safe areas" are in the USA inclusive of Texas, Florida and Montana.

Many women (and a few men) have quit their jobs, sold their houses or apartments, picked up and
moved to the USA because they were told to do so. These "safe places" were deemed to be places
where you would be safe from the world ending as Liana Shanti has forecasted to happen in 2025.
Many individuals who participate in Health Mastery programs also participate in the Lemurian
Mystery School. This cult like affiliation provides individuals with courses in separating from the
family cult, healing your Mother Wound, Father Wound, Narcissist healing, DNA activations and most
recently the 12D Business School.

50

In my own family experience, my cousin left Regina to move to Florida because Liana Shanti told her that Saskatchewan is a Nazi cult province. These individuals, inclusive of my own family member, are coached and taught to believe situations of abuse happened to them at a young age with the help of Liana's resident therapist K    A    . They use these false allegations to further support their decision to isolate themselves, going so far as accusing their family and friends of stalking and harassment if they try to make any contact in any way.

I have personally spoken to families through connections made on Reddit (mentioned above) whose loved ones have been affected in all these similar ways. These victims have taken Liana's courses, isolated themselves from friends and families, removed their children from their families and spouses, and "healed themselves" by buying Liana Shanti's Health Mastery "diet plans" and cleanses, draining their bank accounts to purchase her other courses for thousands of dollars. They have quit their jobs, left careers and seek jobs that are in alignment with their true calling based on with what Liana advises (strongly).

In April of 2022 I connected with B    and S    H    in Saskatchewan through a mutual friend. I provided an affidavit for B    and S    during their battle to try and keep B    's daughter I    (then 6 years old) in Canada. I    's mother H    W    r is also involved in Liana's following and showed signs of a possible attempt to flee to Florida, the same pattern of behaviours my cousin had shown (see timeline below). I have a very hard time standing by and watching the harm and manipulation of children which is why I was more than happy to offer support to them in whatever way I could.

Liana Shanti is a grifter. She is a fraud and a phony who hides behind her screen and bullies completely innocent people to try and legitimize herself. She has no regard for anyone and is manipulating and taking advantage of women and children for her own personal gain. She lies constantly, is a walking contradiction and acts with malicious intent. She claims to be practicing Jesus' teachings with 100% certainty but she only references parts of scripture to fit her narrative. Everything she teaches her students is the opposite of how she lives her life. She is completely ingenuine and is a con artist extraordinaire.

**Timeline of my cousin R    L    (K    A    ) and the progression of her involvement with Liana Shanti:**
- R    and I grew up together in Regina, Saskatchewan and I would say we were very close for a long time.
- She lived in Vancouver for a while and went to school at Blanche MacDonald for Fashion design. Other than that, she has been in Sask most of her life (Regina or Wolseley).
- While she was in Vancouver, we spent quite a bit of time together.
- She tended to exaggerate the truth as a child, but we seemed to understand one another.
- Her parents have always been extremely loving and supportive of her in whatever she did, and I know they financially supported her for a long time.
- She was not religious, but we went to church as kids and young adults.
- She loved to sing and was very much into fashion.
- She never abused drugs and was a social drinker like most adults. Nothing out of the ordinary.
- She has suffered from anxiety and panic attacks for a long time.
- R    got involved with Liana Shanti late 2018 (I'm pretty sure this timeline is accurate, but it might've been earlier than that).
- R    got more into confidence coaching and was working mostly with women. I always struggled to understand how she was making money and found it hard to be supportive because she had no background, experience or certification.

51

- R took the Lemurian Mystery School: Making of a Medicine Woman course ($3500USD at the time) in the Summer of 2019 which she explained to me was a "certification" she was getting because it was important to some of the clients she was coaching.
- Link to course: https://programs.lianashanti.com/lemurian-mystery-school-making-of-a-medicine-woman.
- A B (now M O ) reached out to Ri when she found out she was taking the Medicine Woman course.
- I remember having conversations with R about this course and she said she believed it was her "true calling" and that she had always felt a little psychic and intuitive but never really understood what it meant until she found the teachings of Liana Shanti. I specifically remember R saying she bawled her eyes out when she read a blog post on Liana's website because everything she said made so much sense to her.
- I slowly started to notice over time that the things R was posting was more and more of a stretch from what she had gone to school for (Fashion Design).
- She was getting further into coaching other women but still seemed to have a connection to the same friends and community in Regina.
- I still struggled to be supportive as she had no educational background to be able to coach people through real life traumas. I myself have gone to counseling for years and am a firm supporter and believer in self growth and self-reflection but, it was hard for me to see the things she was posting as authentic.
- I know the childhood she had and the things she was saying online about our grandparents and her own parents did not sit well with me; it wasn't true and was incredibly hurtful.
- The more time went on, the more 's posts and stories started to change into more of a focus on healing your inner child wounds, and your mother and father wounds.
- In May of 2020 she launched a new website claiming she was having massive internal and external shifts over the last 4 years which were a result of the deep healing she was doing
- She expressed that her external brand no longer matched her heart and soul with a discount code to her courses.
- More posts about letting go of your ego, feeling and seeing others' light, connecting with your inner self but her online friend group hasn't changed much.
- April of 2021, I made a comment on one of her stories about coffee enemas as I keep seeing it come up and I'm curious; is she being truthful and does she do this every day?
- She replies "yes! every morning. it's the actual best" followed by a list of benefits she believes it provides (super detoxifying for the liver, clears parasites, helps with yeast overgrowth, etc.) and then sends me voice memos detailing how she does it.
- R starts posting and is now offering courses about motherhood which made me extremely angry. I find it very pretentious and wrong considering she is not a mother and has no experience or merit to be an expert and offer others advice on the process.
- Nov 19th, my birthday comes and goes with nothing from her for the first time in my life.
- Late November 2021 she started posting online that she was selling all her things; clothing, furniture, jewelry, everything.
- I reach out and asked her if she was moving and we have a very surface level conversation. I ask her where she's going, and she says she's not totally sure but likely out of Sask. Immediately I think she's going to Hawaii because that's where Liana Shanti is. I am also concerned about the logistic as I know she is not vaccinated and won't associate with anyone who is.
- Early December I reach out to R 's Mom (my aunt) posting on Facebook that she and her husband (my uncle) are selling their house. I ask if she knows where R is moving to, and she tells me she's not 100% sure but that she will go wherever her nannying job family goes. I know she is nannying for A B (M O ) who posts a story on Instagram of her arrival in Daytona Beach, Florida.

- Dec 10th, my sister sends me screenshots from Liana Shanti posts saying "Luciferian Narc story of the day: A student of mine planned on leaving the Nazi evil of Canada today. She told her narc parents. Narc parents went to the police to show them my IG. As sad and dark as that is, it also made me laugh. I can only imagine the ignorance of that conversation: Ummm hello there officer. There's a woman on Instagram educating people on how dark and evil this country has become, and how narcissistic horrible parents we are". I immediately reported Liana's Instagram account which I have tried to do many, many times without success.
- Jan 1-2, 2022, R      is posting stories on IG as she is driving from Regina to Florida with a woman. I find her on IG; C        P               who I see is also involved with Liana's group.
- Jan 4th, R      posts a photo of the people she's living with in Florida; they are all Liana Shanti followers and majority are women and their children. One man who is A          B     's husband D      B      . I know at least 2 of the women have changed their names.
- Each of these women are all followers of Liana Shanti and have the same format for their Instagram accounts and business models; multiple offerings to get money from people, and a lot of them have direct links to Liana's course which means they are likely actively promoting Liana.
- Liana herself has multiple accounts set up to make her money (same concept as the Twin Flames leaders); HMI Nutrition (@healthmasteryinstitute), Salty and Sweet. No Meat (@the_salty_vegan), liana artist (@lianashanti.art) and it seems like a lot of the others are following suit.

Thank you for your time and allowing me to share my story.

Sincerely,

S    L

53

Honorable Susan Oki Mollway
Judge of U.S. District Court of Hawaii
300 Ala Moana Blvd, C-338
Honolulu, HI, 96850
(808) 541-1300

April 19, 2022
Re: Liane Wilson

Dear Judge Oki Mollway,

My 20 something was going through a difficult emotional phase and looking to deal with a heartbreak and PCOD-caused acne.

My child followed Liana Shanti in the hope of getting some spiritual advice as my child was working and staying alone away from family. Liana's HMI diet and coffee enema's caused them to lose tremendous amount of weight and pushed them into deep clinical depression.

We had to bring our child home and they needed hospitalisation several times due to severe dehydration due to the enemas prescribed in the HMI diet, Depression, B12 and Iron deficiency. When my child spoke to their "so-called Diet coach" (also part of Liana's group) the response was that they can only deal with the diet and cannot provide any other advice. What kind of dietician or nutritionist will reply like that unless they have very limited knowledge of nutrition. Since then we have consulted a nutrition scientist who has confirmed that being on this diet will cause multiple issues including brain fog, weakness, loss of hormonal balance and depression.

As the problems that my child was suffering from did not go away, and Liana's close coterie kept proclaiming on instagram that the diets are wonderful and they have benefitted so much, my child deduced that the fault is with them, and that to resolve them they must follow the balance programs of Liana. This is typical information and behaviour control by cults.

This led to listening to buying and listening to hypnotic audios on mother wound, father wound and narc wound, moon manifesting and family cult and others. In the weakened mental state my child began to see us (the parents) as the enemy. This has been the darkest period of our life where every day for several months our child listened to audios in which they were made to believe that by cutting off from friends, family they could heal. Additionally, the audios are such that a few negative Memories of childhood (some false) are blown out of proportion.

These negative emotions worsened our child's condition. To which Liana's advice on all her instagram pages is to not see a doctor or a therapist because they are all DARK and satanic - and so our child refused medical help too.

After 8 months of spiralling downward, listening to Liana's audios, cutting off friends, family and parents, and swinging between binge-eating and following the HMI diet, our child finally asked to see a medical professional as they suffered from the worst effects of deep depression.

When we took our child to the hospital for treatment Liana posted that we had kidnapped her and put her into a mental hospital - which is a lie and vilification of our character.

In conclusion, the influence on our 20-year old has been so devastating and long lasting. Even today, after 3 months of treatment, their thoughts are dark and negative and keep coming back. The eating disorder developed during the followership of Liana is proving difficult to cure. My child's career is broken and dreams shattered. We continue to support our child and getting her the best holistic help.

54

This testimony is not to seek anything for ourselves, but to put a restraining order on Liana so that she cannot ruin any other child's life like she's influenced our child's life.

Thank you for letting me share my story.

Sincerely,


S       Y

Honorable Susan Oki Mollway
Judge of U.S. District Court of Hawaii
300 Ala Moana Blvd, C-338
Honolulu, HI, 96850
(808) 541-1300

Re: Liane Wilson, 1:19-cr-00105-SOM-1

April 19, 2022

Dear Judge Oki Mollway,

### My family's Liana story

My wife and I had our second child in September of 2021. She was on maternity leave from September to December of that year. Her older sister and twin sister had been involved with Liana prior to that for maybe a year. I never knew much about Liana other than she was an online self-proclaimed health guru. I noticed in November of 2021 my wife had started following her classes and listening to her podcasts. Nothing seemed unusual at first but when it came for her to go back to work in December she simply told me, without us discussing, that she was not going back to work.

Being married with two children I felt this was extremely irresponsible and unfair because we didn't discuss this, we couldn't afford it, and her job provided our health insurance. I started to think this was related to her following Liana as my wife was starting to say certain things that sounded like rehearsed brainwashing. However, I didn't say much because I thought she may have been going through postpartum depression and I wasn't sure how to approach that. A couple months went back after that and she became a full on vegan and also tried changing my diet as well. I'm all for eating healthy and taking care of myself but some of this was getting a little extreme. Things between us were certainly different as she was spending more time listening to these podcasts and less time talking to me. I also noticed she started to cut people out of her life that used to be her closest friends and relatives. She became very judgmental of people who didn't go along with what she was learning through Liana which was basically vegan and anti-vaccine.

Things continued to be strange between us and I started to get concerned around April of 2022. In May was when I first saw an article about Liana and what her cult was all about. This article was extremely concerning and made perfect sense with what I had been seeing for months. As her husband she didn't care what I thought or said about anything even when it came to our two children. In May she left her open journal (journaling is a big part of Liana's teachings) sitting on our kitchen counter and I read what I saw. It was the most disturbing and concerning things I have ever seen come from my wife. She was accusing her family members and mine of horrible things that weren't even true. I imagine this was Liana telling her to think back on a memory and come to the worst possible conclusion. I confronted my wife about this and she accused me of invading her privacy. As husband and wife I didn't think we had secrets. We had a long talk a few days later and I expressed how scared and concerned I was of the things I was seeing from her. I basically asked her to stop following Liana and if she didn't then I couldn't continue our marriage Without hesitation she chose Liana and we separated the next day.

After that my wife went deeper and deeper and spent insane amounts of money on Liana's classes. She continued to not work as well. She wasn't taking our kids to regular doctor checkups anymore as Liana was teaching that traditional doctors and medicine were evil. I filed for divorce in July

56

2022 as I saw there was no reconciling.  My wife continued to cut more and more friends and family out of her life and isolate herself and our children.

We are currently in the middle of divorce and she is following Liana's blueprint to a T.  I'm very worried about who she has become and what might happen with her parenting decisions of our children.  Liana has labeled me a predator because I'm trying to gain custody of our children.  As I read more and more stories of mothers and wives who followed Liana, I realized they are all exactly the same. Liana brainwashes vulnerable women and turns them into isolated and paranoid people.  She is ruining families and lives all over the country and needs to be stopped.


Sincerely

M      in Wisconsin

57

Honorable Susan Oki Mollway
Judge of U.S. District Court of Hawaii
300 Ala Moana Blvd, C-338
Honolulu, HI, 96850
(808) 541-1300

April 19, 2022
Re: Liane Wilson

Dear Judge Oki Mollway,

My name is J   V   and I am writing to share with how my family was broken apart by the teachings and actions of Liane Wilson, also known as Liana Shanti. In January 2021 my then wife J   V   started following Liana Shanti through her social media platforms and quickly became involved with her teachings. She started listening to multiple courses; Mother Wounds, Father Wounds and a Narcissistic Relationships. Through these and the influence of Liana Shanti, J became convinced that anyone close to her, including her Father, Mother and myself, were all narcissists and needed to be cut out of her life.

**June 2021**
J   completely cut off communication with her Mother and took our children away for a few weeks to Idaho. Upon her return, Jennifer communicated that she was complying with Liana's suggestion to follow through with divorcing me. I was devastated.

In the private Facebook groups, Liana Shanti charges $70USD/month. It was in these groups where J   expressed to Liana and others that she was struggling to file for divorce. Liana met her concerns with pressure and persistence, telling J   she needed to proceed as that was part of the program and this needed to happen before the upcoming Mercury being in retrograde.

**September 2021**
As she was instructed to do so by Liane, J   r filed for divorce. Shortly thereafter she put all 3 of our children (ages 7, 9 and 15 at the time) on a strict vegan diet. J   withheld the children from me because Liana told her that I was a narcissistic abuser and the children needed to be protected from me. In response, I filed for child custody in January of 2022 (my legal counsel can provide you with court documents if requested).

**October 2022**
As per the judge's order, there was a child evaluation performed by a court appointed psychologist. This evaluation showed that our children were being coached and trained to believe I was a narcissist because of the influence from the above-mentioned courses that J   had taken. Liana has harassed me, doxed me, slandered my name and reputation calling me a pedophile, sexual abuser, Satanic, rapist, the list goes on. Liana is dangerous, malicious and has been a devastation to my family and so many others.

J   S   who escaped Liana's cult in 2022 has provided an affidavit for me to assist in my child custody case and my story has been published in the article written by Jennings Brown in the Daily Beast.

Thank you for taking the time to read my story.

Respectfully,


J   V

58

In 2021, my daughter was living and working in London and was about to marry. The wedding plans were abruptly canceled by her fiance and this found my daughter in a very vulnerable moment in her life. That's when Liana Shanti came into the picture, unfortunately. My daughter came home to be comforted about the breakup and everything was fine at first. Then she started withdrawing to her room in the evenings and her attitude changed. I thought she was meditating, so I let her be. It turns out she was listening to recordings of Liana Shanti and, apparently, being brainwashed.

My daughter only stayed two weeks and, upon returning to London, she sent us an email stating that she could not maintain contact with anyone who had gotten the "V", which we assumed meant the anti-Covid vaccine. We later read online the same exact letter about the "V" that our daughter had sent us. That was in April of 2021 and was the last we heard from her. We discovered that she had blocked not only us from all of her social media and e-mail, but had also blocked everyone she knew.....family and friends, even her closest friends.

We were in the dark but continued writing her e-mails and WhatsApp messages which she never answered.

We searched internet to see if we could at least see what she was doing and saw that she was taking "health and nutrition" classes from Liana Shanti with the intent of gaining certification. She started doing coffee enemas and espousing its health benefits online.

At one point in May 2022, we discovered that she had suddenly moved to Florida.....what Liana Shanti calls a safe state.

My daughter has no children and is an adult, so there is only so much we can do, but this situation has ruined our family. Her grandmother is 90 years old and in failing health. We are a close-knit family and her grandmother practically raised her. She suffers a great deal and constantly asks about her granddaughter. She cannot understand why my daughter doesn't get in touch or come to visit. We wrote an e-mail to our daughter to tell her that her grandmother was very sick and to please call but to no avail.

We have lost a daughter because of Liana Shanti who advises her followers to cut off all contact with family and friends. Liana teaches about "mother wound" and "father wound" and claims that families are evil. Our daughter began making Facebook posts about her allegedly abusive father. This was shocking to us. Her father was definitely not abusive and has always done everything possible to support his children. We discovered that Liana Shanti gives false advice to her followers and plants a seed in their minds about being abused as children. Liana Shanti was creating false memories of our daughter's childhood. Our daughter even tried to convince her sister that these false memories were true and that her sister needed to dig deep and remember. This was traumatizing for her sister because she was so convincing.

Even though she has made these untruthful and damaging posts, she is still our daughter, which means that the worst aspect of this story is that we cannot sleep as we worry about her and do not know where she is and whether she is safe. All kinds of negative thoughts cross a parent's mind. We spend a lot of time on line trying to see if she is okay.

We hope and pray that the Liana Shanti cult will come to an end soon and that our daughter will contact us.

*Ai      M.*

**59**

Honorable Susan Oki Mollway
Judge of U.S. District Court of Hawaii
300 Ala Moana Blvd, C-338
Honolulu, HI, 96850
(808) 541-1300
Re: Liane Wilson, 1:19-cr-00105-SOM-1

April 17, 2023

Dear Judge Mollway,

This is my Liana Shanti story. My Name is D I live in North Carolina and I share a 5 year old daughter with J or what she now goes by " A B ", a name given to her by her teacher Liana Shanti. I became aware of Liana in 2017 when J was pregnant with our daughter as this is when J started to really get into her teachings and her paid classes. I bought a house for us in 2017 and in 2020 J moved out. I am going to bullet point things I witnessed and experienced as follows.

- Liana sent J S P , a cactus with psychoactive properties, to ingest, and guided her throughout the day in what was some kind of healing exercise.

- J was urged by Liana to cut ties with her friends and family including myself, as everyone is a narc and part of the collective which is vibrating at a lower frequency. She cut off her mother and father because she believes that they sexually abused her from the age of two. One story told to her by Liana was that they locked her in a cage and forced her to have sex with another toddler. Her parents aren't allowed access to their granddaughter.

- Liana painted an ugly picture of me despite not knowing me, said I am a narc and even said that I watched porn 17 times a day. All of this is untrue.

- At one point she was going to move out and live with her business partner and friend at the time. The day before the move she asked me if she could stay and she canceled her move. Liana told J that this friends kid had a demon in him.

- J had a dream that our daughter was molested. Our daughter was around 1 at the time. She brought this up to Liana and Liana told her that she was in fact molested, and that it was bad. J feared it could have been her son, myself or her ex husband. She literally asked her 6 year old son if he had touched his little sister. After a few days she asked Liana if it was her business partner and Liana confirmed that it was and that her and her daughter who was I believe 12 at the time, had molested our daughter. J then handed the business over to her and cut ties.



- J        has spent thousands of dollars on all of Liana's programs including her HMI school, and personal calls. She was given financial advice from Liana as well.

- J        would call Liana to have her diagnose health issues over the phone. This was used for our daughter and herself.

- In December of 2021 I received a call late on a Monday, she said " I don't know how to say this... we are in Texas. " After I asked where in Texas she hung up. She moved 1200 miles away to Texas with our daughter behind my back with the urging of Liana. For weeks I tried to make contact with her and ask questions with her only speaking to me a couple of times and for very brief periods. She wouldn't give me any information. I asked her if I would ever see my daughter again and she would not answer this. Liana has told her followers that there are only a few places safe to live. Texas and Florida being two of those places. I think she says Montana as well but I can not be sure. This was resolved rather quickly as I hired a lawyer and was granted an emergency custody order which I was then able to fly to Texas and retrieve my daughter. J        returned to North Carolina just 2 weeks later where she currently lives. This was the most traumatic thing I have ever had to deal with.

- J        started her own business after completing Liana's HMI school, but has to pay a fee to Liana for every client she coaches and every product she sells. This is a muti level marketing scheme led by Liana. It also makes it harder for these women to leave Liana when the way they make their money is tied to Liana.

- All of this behavior is directly related to Liana. J        goes to Liana about everything. Liana is controlling and manipulative.

- My daughter is now listening to Liana and I am extremely worried.

D        T
@yahoo.com

Honorable Susan Oki Mollway
Judge of U.S. District Court of Hawaii
300 Ala Moana Blvd, C-338
Honolulu, HI, 96850
(808) 541-1300
Re: Liane Wilson, 1:19-cr-00105-SOM-1

Dear Judge Oki Mollway,

April 18, 2023

I am writing this summary of our ordeal with Liana Shanti and her Lumerian Mystery School and how it affected our family.

In March of 2021 my stepson C       L       of Neilburg, Saskatchewan came home and his common law partner T Z      and his daughter A     L     (12 years old at that time) had moved out of the family home. It turned out they had moved to Edmonton to live with T    's adult son from a previous relationship. C    accepted her decision to leave since the relationship of about 13 years had not been very good for some time. It basically started falling apart when T    got involved with an organization led by Liana Shanti and her Mystery School. T    had become a life/health coach under the guidance of Lianna Shanti. She started to drastically change the way she ate and cooked for the family, as well as becoming vegan. T    interviewed my wife, E      D as part of her health program and revealed some of her regimes. She did a very intense candida juice cleanse and did coffee enemas every day for months. T    also completely cut ties with her mother, stepfather and her three brothers as well as her best friend of 20 years, telling her she had already grieved their relationship.

C    was disappointed that T    chose to live a 3 hour drive from Neilburg to Edmonton but decided to make it work. He

62

started paying child support and having A for visits whenever his demanding job with CN Railway allowed.

On November 22, 2021 T , A and her adult son K , arrived at C 's house. A asked her father to sign a passport application, which was filled out and ready to be signed by C . Upon questioning them, C found out that T and A wanted to take a holiday to Montana, USA. C refused to sign the application as he felt that in the middle of a pandemic was not a great time to be travelling, and also thought T may have an ulterior motive because she spoke to C before about these so called "free States" that Liana Shanti talked about, where Covid restrictions were much more relaxed. This of course upset T and she caused a bit of a scene in her daughter's presence. About one month later on Christmas day C called his daughter and there was no answer. He left messages and sent texts for a few days without responses. On December 31, 2021 he called the Edmonton Police to perform a welfare check on A and T , which they found no one was at their residence. After a few days the police informed C that T and A were in Kalispell, Montana. The police said she crossed the border on December 21, 2021. Tanya told the Edmonton Police that they were just on a vacation for a couple of weeks. Somehow they crossed the US border without a letter of consent or passport for A , three different last names as her two adult sons were in the same vehicle and no one was vaccinated. We believe Liana Shanti coached T and others how to answer any questions at the border crossing.

After over one month of communications with T and the Edmonton Police it became clear to C that T was not returning with A to Canada.



Even though we felt that our granddaughter had been kidnapped, the police and other agencies such as Edmonton child protection services, RCMP and the Hague convention, were of no help as they felt that because the child was with her mother she was not in immediate danger. These agencies were of very little help in bringing A     back to Canada. We got no answers from anyone and resorted to hiring a Saskatchewan lawyer who tried to help but after another month that lawyer recommended we hire a family lawyer who had international child abduction experience out of Calgary who was 4 times the cost. With some financial help from myself C     decided it was what he needed to do in order to ever see his daughter again. We also had to hire a lawyer out of Kalispell, MT because we needed help with Montana law, as that is where T     was hiding with C   ' daughter. T     contacted C     via email to let him know she was leaving for Florida, and within a few days fled to Florida with her three children.

C     had his first court hearing on April 7, 2022. An emergency hearing was set for April 25, 2022. We were told by the court that we would also need to retain a Florida lawyer before this date as he would be needed in case the child was ordered back to Canada. We had to release the Montana lawyer of her duties and found a Florida lawyer with experience in child abduction.

On April 25, 2022 the Court of Alberta ruled that the child must be brought back to Canada no later than May 31, 2022. On May 12, 2022 T     applied to vary the court order which was rejected by the court on May 16, 2022.

They did finally return to Canada on May 29, 2022 and C     got to spend one week with A     in June, July, and August as they try to prepare a parenting plan.

Since A     's return we have talked with at least three other

families who have very very similar stories.

In summary I have to say that T⎯⎯ has totally changed since she got involved with what I am convinced is a cult run by Liana Shanti. She ended all relationships with ALL family and friends and did the same for A⎯⎯. This is what is promoted by Liana Shanti. It cost C⎯⎯ and myself close to $35,000 in legal costs but if we hadn't absorbed this cost A⎯⎯ would likely still be in Florida. I have talked to former members of this cult and have been informed that Liana Shanti is a child trafficking organization. We were not going to let this happen to our grandchild. It is important to protect our children from organizations such as Liana Shanti and her Mystery School.


J⎯⎯    D⎯⎯

⎯⎯@gmail.com


Enderby B.C. Canada

65

<u>Victim Impact Statement</u>

**Defendants' Name:** Liane Wilson
**Court Case No.** 1:19-CR-00105-SOM-1
**Victim's Name:** J⎯⎯ L⎯⎯

The teachings, influences and guidance of Liana Shanti upon my ex-wife (C⎯⎯ N⎯⎯ f/k/a L⎯⎯ L⎯⎯) and our four kids has made a **major** impact on their lives, my life, the lives of my current wife and step-kids, and the lives of numerous other family members in many ways. C⎯⎯ started following Liana and her teachings around 2012 and received her new name from Liana in 2019 (Exhibit "1"). Since following Liana, there have been some unusual changes in her behavior and my children's behavior. Examples of how Liana has affected us all are listed below in an outline format.

**A. Liana has been known to implant memories of sexual abuse and trauma into her followers using subconscious techniques.**

    1. In 2016, C⎯⎯ started to make claims that she was abused by her father.

    2. In late 2016, C⎯⎯ accused me of sexually abusing my then 8-year-old daughter. My daughter and my three sons were then taken from me during the investigation. My name was cleared, but unfortunately, that would be something my sons would forever remember since they had to go through traumatizing questioning regarding these false accusations.

    3. In July 2021, my daughter said that her mom (C⎯⎯) showed her documents that said that I may have raped her when she was little. When I questioned C⎯⎯ about this, she said that she "accidentally" included old court documents in a stack of papers she asked my daughter to shred. Immediately following this incident, my daughter started avoiding spending time with me, stating she had other plans. Unfortunately, in previous mediation, I unforeseeably agreed to language that allowed my kids to stay with their mother if they had other plans or activities. Thus, I haven't heard from my daughter for over a year and a half.

**B. Liana posts untrue statements and false accusations about people on her social media platforms which ALL of my children follow. She also encourages her followers to publicly "out" their alleged abuse and alleged abusers.**

    1. Liana posted on her public account both my name and my wife's name with the following statements;

"Let me introduce you to M⎯⎯. She's the wife of J⎯⎯ L⎯⎯t. Domestic abuser," (Exhibit "2")

"From C⎯⎯ ...Aa⎯⎯ just sent me a screenshot that M⎯⎯ is following the crazy cult group. The one that is run by pedophiles who are working with professional kidnappers and convicted felons. The people running this account hired known felony kidnapper who's been arrested for kidnapping people and participating in their psychological and physical torture to get them to deny their beliefs. They hired him to create posts lying about Liana and M⎯⎯ is liking them ALL. This is NOT good! I have been

*66*

creating a master list today that is documenting all of these connections for an FBI investigation. I was shocked to find out that she is following them and engaging with their posts too." (Exhibit "3")

"M      and J      L              of Wisconsin,"

"M      and J      are homophobic too. They believe it's a sin to be gay."

"Of course, they are. This group of PEDOS and victim blamers are ALL racist and homophobic. Every person who has shared the details of their dysfunctional families have talked about racism and homophobia. It's so evil- molest your children-but don't be gay or non-white." (Exhibit "4")

    2. Liana also included my wife's name in a very disturbing post that only had names in all different types of fonts and colors which were the names of ex-spouses, fathers, mothers, siblings, etc. (Exhibit "5")

    3. C        recently started an Instagram page titled, "Escaping_MyChristianFamilyCult" "My journey of escaping and healing from childhood abuse, domestic violence, a Christian religious cult, and an oppressive family" in which she starts by indirectly explaining her past experiencing of abuse. This page came shortly after Liana persuaded her students to come out and voice their abuse. (Exhibits "6")

**C. Liana encourages her followers to file police reports and to flood the court system with frivolous claims.**

    1. 2015- C        attempted to get a restraining order issued against me on behalf of my children which the court then denied. This restraining order came at a time when she was attempting to get court approval to take my children to go live in California. That request was denied as well.

    2. 2016- She went to the police and filed a report against me saying that I hurt my daughter because she had a bruise on her arm. That turned out to be the first phase in her plan to accuse me of sexual abuse.

    3. After my current wife and I got married in May 2019, C        , on multiple occasions, filed contempt motions on me to enforce a "parental meeting" that we had stipulated to a couple years prior due to the injunction that was put in place. We hadn't participated in these meetings in over a year but as soon as I got married, she wanted me to meet her once a month at a coffee shop to discuss our children. This was at a time that she was claiming she was fearful of me. I tried mediation with C        but she refused to let go of the parental meetings even though we were able to talk about the kids as needed via phone call or text. Once I filed my motion to eliminate the monthly meetings, she countered with a motion to obtain sole custody of the kids, stating that if I didn't want to have these meetings with her then she wanted sole custody. My motion was granted and hers was denied. Just a couple months later was when she "accidentally" tasked my daughter to shred documents from when she falsely accused me of sexually abusing my daughter.

    4. On 2/1/2023, I received a phone call from a police officer in the municipality where C        resides informing me that she had come into the police station stating that she feared for the safety of our children since my wife and I are "involved" in the cult recovery group. Liana urgently encouraged her followers to do this. (Exhibit "7")

67

**D. Liana encourages her followers to disassociate from family members.**

1. Over time, my kids have learned a skewed version of the importance of family and have slowly separated themselves from me, my wife, their stepsiblings and extended family.

2. C started following Liana and her teachings around 2012. Shortly thereafter, C disallowed our four kids to have any contact with their grandparents and most of their aunts, uncles, and cousins.

3. In September 2015, I filed contempt against C because she took the kids out of public school and started homeschooling them without my permission. Reluctantly, I agreed to allow her to continue since my kids showed interest in being home-schooled. My three sons were able to stay in sports through the public schools and gain social interaction, but my daughter has had much fewer opportunities since being home-schooled. I have recently learned that C has also been teaching my children Liana's teachings as a part of the home-schooling curriculum. (Exhibit "8")

**E. Liana demands that her followers disassociate from anyone who has received the COVID vaccine.**

1. C cut off all contact with her brother, his wife and children, solely because they got the COVID vaccine.

**F. Liana has her followers on strict diets.**

1. Don't get me wrong, I am very much in favor of eating healthy but I started to realize that the new vegan lifestyle that C introduced to my kids would leave them constantly hungry due to the meals being replaced with shakes. My kids also started to show food guilt and would often have to deny food that they have enjoyed in the past.

**G. Liana requires her followers to perpetually enroll in her classes and pay absurd amounts of money in order to be "healed" which ultimately leaves her followers financially burdened.**

1. C failed to pay her rent for 15 months until the house ironically caught fire in 2020 and her and my children were forced to relocate. The owners of the house she was renting were able to secure a judgement against her in *WI Circuit Court Case No. 202CV275.*

2. C filed for bankruptcy as of October of 2021. *Federal Case No. 2:21-BK-25509*

Thank you for taking the time to read my statement.

Sincerely,

J    L



C    N    commented.

 C.... N           •••
Yesterday at 8:06 PM · 🔒

I wanted to share with all of you that I have decided to change my name! When I came into this world as L Kr___, my parents had already begun brainwashing and indoctrinating me into their religious cult.

They told me exactly who I was, what my role as a girl/woman was, and who I could and could not be because I was born as a female in this religious cult that they decided I would be part of.

They never took the time to find out who I actually was, what my gifts were, or what my unique purpose was in this world. All that mattered to them was that I fit the mold they decided I should be as L_____. I've spent the last 9 years deconstructing that false self, removing the lies and stories from childhood that have covered my true authentic self.

Unfortunately, I was not given the opportunity by my parents to begin that exploration of myself at birth. But now today at 40, I can choose for myself. I am choosing to reparent my inner children with the unconditional love that they deserve, but never received. I am choosing to spend the rest of my life discovering who I truly am and living as authentically as possible.

What better way to do that then with a new name. A soul name; one that embodies who I actually am. I asked my teacher Liana Shanti if she would choose a name that she saw connected to my soul. She has been like a spiritual mother to me and has shown me unconditional love while walking me through the messiness of healing my deep Mother and Father wounds. So today I let go of L_____ as I'm not her and never was her, and embrace my true self as C____ N____.

C____ is Celtic and means warrior priestess

N____ is Hawaiian and means beautiful princess from _____

                ≡

Exhibit
"1"

69



Even though they've gone private. Again. (Not sure why they think that protects them )



← **lianashanti_cult_recovery**

365 followers

Let me introduce you to ▮▮▮. She's the wife of Jeff Lambrecht. Cahira's ex husband. Domestic abuser.

Follow

Follow

Follow

Follow

Follow

Exhibit "2"

Send message

70

 lianashanti 7h ··· ✕

# From ████████ ...

A████ just sent me a screenshot that M███ is following the crazy cult group. The one that is run by pedophiles who are working with professional kidnappers and convicted felons. The people running this account hired a known felony kidnapper who's been arrested for kidnapping people and participating in their psychological and physical torture to get them to deny their beliefs. They hired him to create posts lying about Liana and M███ is liking them ALL. This is NOT good! I have been creating a master list today that is documenting all of these connections for an FBI investigation. I was shocked to find out that she is following them and engaging with their posts too.
♡

Exhibit "3"

Send message                    ♡   ▷

lianashanti 8h
From Create Mode >



M███ and J███ L███████ of
Wisconsin



M██ and J█ are
homophobic too. They believe
it's a sin to be gay

9:25 AM

Of course they are. This group
of PEDOS and victim blamers
are ALL racist and
homophobic. Every person
who has shared the details of
their dysfunctional families
have talked about racism and
homophobia. It's so evil –
molest your children – but
don't be gay or non-white. 😈

**Exhibit "4"**

Send message

72



Exhibit
"5"

73



It's a long, messy, intense process choosing to free yourself from family and religious systems that have kept you locked in a pattern of abuse.

But it is so worth it!!

@LIANASHANTI

@ESCAPING_MYCHRISTIANFAMILYCULT

🔗 EXPOSINGFAMILYCULTS.COM

Send message

Exhibit
"6"
(5 pages)

74



75

< **escaping_mychristianfamilycult** ...



| 0 | 24 | 10 |
|---|----|----|
| Posts | Followers | Following |

**Escaping My Christian Family Cult - C͟ N͟**
My journey of escaping and healing from childhood abuse, domestic violence, a christian religious cult, and an oppressive family.
www.exposingfamilycults.com

| Follow | Message |
|--------|---------|

 **No Posts Yet**
When escaping_mychristianfamilycult posts, you'll see their photos and videos here.

**Suggested for you**                          See all



**plants over proce...**
plantsoverprocessed_

| Follow | Follow | Fol |
|--------|--------|-----|

76



77



78



**CAD Activity Detail Report**

**Village of Whitefish Bay**

**23-000722    6015 N Shoreland Ave;WF**                    **Request for Police (RFP)**

| | | | | |
|---|---|---|---|---|
| Reported | : 02/01/2023 14:24:17 | Prime Unit | : 158 |
| Priority | : 4 | Call Taker | : Perez, Stacy |
| Stacked | : 14:24:54 | Dispatcher | : Maxim, Candace |
| Dispatched | : 14:26:51 | Case# | : |
| Arrived | : 14:54:20 | Finished | : 14:54:25 |
| Disposition | : Finish | | |

**Notes**

| Date | Unit | Notes | PF |
|---|---|---|---|
| 02/01/2023 14:24:17 | | WALK INTO THE LOBBY CALLED IN BY THE DESK REPORTING ISSUES WITH EX HUSBAND | 2spere |
| 02/01/2023 14:26:51 | | Dispatched: 158 | 2Cmaxi |

**Names**

| Activity | Name | DOB | Address | Phone# |
|---|---|---|---|---|
| Contact | ▆▆▆▆ | | ▆▆▆▆ Greenfield ,WI 53228 | C: ▆▆▆ |
| Contact | ▆▆▆▆ | | ▆▆▆▆ Whitefish Bay ,WI 53217 | |

**Units**

| Unit | Unit Time | Activity | Officer | Dispatcher | Disposition |
|---|---|---|---|---|---|
| 158 | 02/01/23 14:26:51 | DI | 1jturk | | |
| 158 | 02/01/23 14:26:55 | EN | 1jturk | | |
| 158 | 02/01/23 14:54:20 | OS | 1jturk | | |
| 158 | 02/01/23 14:54:25 | FI | 1jturk | | Finish |

**Summary**

Officer Turk to the lobby to speak to ▆▆▆▆ of ▆▆▆▆ who was concerned that her ex-husband and his current wife are involved in a group attempts to prevent family members from making abuse disclosures and to threaten the people who support them. Officer spoke to her ex at her request who denied doing anything to put their children at harm/risk.

Wednesday, February 01, 2023

**Turk, James P ( 1jturk )**

| | | | |
|---|---|---|---|
| 14:26:51 | DI | 158 | Prime Unit |
| 14:26:55 | EN | 158 | |
| 14:54:20 | OS | 158 | |
| 14:54:25 | FI | 158 | |

Exhibit
"7"
(8 pages)

79



3:17

lianashanti 4h
From Create Mode ›

URENT WARNING TO
EVERYONE WITH PEDO
PARENTS, ABUSERS,
FAMILY CULTS, THOSE
OF YOU FILING
LAWSUITS AGAINST
YOUR FORMER
FAMILIES, AND MORE.
WE HAVE MANY
INSTANCES OF PROOF
THAT THE ENTIRE SCAM
SLANDER CULT
ACCOUNT IS A
CONSPIRACY TO
KIDNAP YOU. WE HAVE
RECENTLY TURNED IN
MORE EVIDENCE TO
LAW ENFORCEMENT.

Send message







82



The 2 safest things you can do:

Speak up, speak *LOUD*, public, name names, so you have a *RECORD* and cannot be silenced

Speak about everything illegal, shady, dark they have done. That way the motive to "silence" you will be removed.

83



84



9:23

lianashanti 3h
From Create Mode ›

I have very strong reason to believe that some of you who are currently in court proceedings, as well as your children, are in immediate danger of kidnapping.

Please read ALL of tonight's stories in the highlight, and all of the information in the links I just shared.

PROTECT YOURSELF BY THE FOLLOWING:

Send message

85



86

<      c    _n      ...

**396**
Posts

**1,278**
Followers

**311**
Following

**C    N     - HMI Admissions Director**
Health & wellness website
You deserve to feel amazing, happy & abundant!
🌱 Heal yourself holistically &
💰 Create a thriving health coaching career with
@hminutritionschool
linktr.ee/cahira_noelani

**Follow**      **Message**      **Contact**    +👤

**Suggested for you**      See all



**Natalia**
luminousvegan

**Follow**      **Follow**      **Fol**

Heal Candida Now

ter    CANDIDA    Q & A    HMI Testim...    HOMESCH...    Q&A

           

How do I learn more about how    Which HMI Cleanse

           

Exhibit "8" (3 pages)

87

@lianashanti
@healthmasteryinstitute
and homeschooling
(HMI and HS are both
because of Liana too)

are why I've been able to
take the chaotic hot
mess of my life, fresh out
of a horrific divorce, and
create this beautiful life
with my kids.

Send Message





89

Honorable Susan Oki Mollway
Judge of U.S. District Court of Hawaii
300 Ala Moana Blvd, C-338
Honolulu, HI, 96850
(808) 541-1300
Re: Liane Wilson, 1:19-cr-00105-SOM-1

April 18, 2023

Dear Judge Mollway,

I would like to share my Liana Shanti experience. If my statement could help you to get Liana Shanti convicted, please use it.

My daughter E    P     (born the 24th of December 1995) liked to travel in South America. So after her study, she worked hard to have a year off to do some travelling.
November 2018, she started her trip in Cuba, then Mexico and the next stop before coming home to Belgium was Costa Rica.
She never returned to Belgium: she loved the country so much , started to work over there, and had a boyfriend.
After a year there was the break-up with her boyfriend, and to feel better she started to follow Liane Shanti. She followed the Illuminations Courses and the course about healing from a narcissist relationship.
After that she did the courses about the father and mother wounds. That's when she started to change and after she did the Family Cult Course, it got really bad.

Me and her sister visited her in January 2022, and it was a nice stay, she even wanted me to buy a house in Costa Rica (so we could be together more often). She was really grateful that I have given her the opportunity to study and travel (When she was 18, she already had spent a year as an AFS student in Bolivia). So in fact, she was a very independent girl and I was proud of her.

But when we were over there we also realized that she had changed: she was very angry about the fact that we were vaccinated against Covid and stated that our DNA would change because of the vaccination (?!) Then she told us about the courses and meditation that she did with Liana Shanti, she wanted us to do the same (what we



didn't do). She already had a complete different lifestyle: she never went to any party anymore, never drunk alcohol anymore, no cigarettes anymore, she went to sleep early and got up very early to do her Liana Shanti Meditation , she became a vegan and did all sorts of cleaning diets.

In the beginning I thought it was a good thing.. I even sponsored her longer stay in Costa Rica and all the courses she followed with Liana Shanti. How could I have been so stupid...

She began to state Liana Shanti on her Instagram account: and that is what started to make me worry and I realize that was the start of the complete rupture between her and me, her father, her sister, other family members and her Belgian friends.

All of a sudden, everybody was a narcissist, she became very religious, anti-vaxxer, anti-abortion, anti-euthanasia:  whilst I raised her to be a free-spirit: no religion: only the respect for everyone's opinion and that everyone has the right /choice to do with their body what they wanted.

In July 2022, she wrote me a message that she no longer wanted contact with me and that I was no longer her mother. That she found out she was sexually abused by her father (?!) and that I  never had been there for her.
I asked her several times to have a conversation via FaceTime but she refused and kept on throwing accusations to me and her father. Her father and I are divorced, I never suspected any sexual abuse and I still do not believe her accusations.
For several times she sent messages full of blame, hate and terror. I was devastated. It was not possible to get in touch with her anymore: she blocked us from her instagram account, her facebook even on the internet we can not find her anymore.
The last Instagram account we found of her was "beeinfullbloom". You should try to read this account. There you can read what she tells about me and her father. A bunch of lies, I mean, I know what I did for my children! And why on earth would she get away from her sister and all her friends as well. After she realized that we read her Instagram, she blocked us again...
I still cant send emails to her and the last time I did was on her birthday. I told her I could not understand that a free-spirited,

independent girl as her could be manipulated and brainwashed by Liana Shanti, but that she always could come home. That I will always be her mum and that no matter what I will be there for her.
Her reply was full of hatred and anger. Although she claims that she has never been happier than now.
Since then, I did not hear from her again and I didn't send any messages any more. It is so hard to process this... I hope she comes to her senses in due time

My only conclusion about this is that Liane Shanti is some sort of a guru, who manipulates and brainwashes people in their weakest times. I do not know how she can do this but she should be stopped!

In the meantime we read that Liana Shanti stated that Costa Rica was full of black, bad energy, so we thought: E      will not stay there for long any more.
And guess what, she moved to Portugal in February  and is now living in Lisbon. I even think she is a Liana Shanti instructor now, because via via I could see her instagram account once again and she tried to convince people to contact her to follow a Liana Shanti Course (she states that she knows how people feel because she experienced a bad childhood, with abuse and neglect....)
I know she moved to Portugal because she changed her home address to Portugal, the register officer came in contact with me to ask if she really moved out.
I told her the story but she said that she could not give me the address (privacy rules), only that she lives in Lisbon now.
Anyhow, Portugal is Europe so for me it's better that she is closer to home....

I hope this story can help you to stop Liana Shanti. If you need any other information, please contact me.

Best regards, and good luck
Excuse me for any spelling mistakes, English is not my native language.
N      A


Belgium

92

Honorable Susan Oki Mollway
Judge of U.S. District Court of Hawaii
300 Ala Moana Blvd, C-338
Honolulu, HI, 96850
(808) 541-1300
Re: Liane Wilson, 1:19-cr-00105-SOM-1

April 18, 2023

Dear Judge Mollway,

I am a retired nurse, mother of two, and grandmother of four.
I would like to briefly describe my life since the Liana Wilson Shanti Cult was introduced
to my daughter about 18-24 months ago.

I noticed subtle changes in my 56 year old daughter who is a psychologist. She seemed
distant, and her personality had become rigid in several ways. She converted to
veganism, taking coffee enemas daily, refusing and refuting the efficacy of vaccines
generally, and committed to 60 day juice fasts. She spoke about Lemuria, a place
where all followers of Liana Shanti will go if they follow the rigid rules and instructions of
Liana Wilson Shanti's Cult.

My daughter has 4 children, 2 at home, 2 away at school. She began radically changing
about a year or so ago.When asked why she was so distant and was not calling me she
said "well, we have nothing in common, and we never did."
My daughter is not wealthy, so when I found out that each course that Liana Shanti
teaches runs $400.00 to $4000.00, I became very suspicious. There are many courses
to take. When finished with all of them, It could run $10,000 to $20,000!

My daughter began aggressively promulgating lies and vitriol about vaccines and those
that believe in their effectiveness. All vaccines. They were about government control, a
grand global cabal controlling the masses. She refused to have her 14,17 year old sons
vaccinated for COVID and didn't want us to be near her family because we would be
"shedding" the virus to her and her family, infecting them with the virus.

She began talking about the classes that she was attending through Liana Shanti. She
became more distant as the months went by, and almost a year ago, I tried to stop by
her home to see her. I was told by my grandson in the driveway that his mother did not
want to speak to me again.
I have not spoken with her or her husband in 9 months, nor has my son or daughter in
law. The family is broken.

93

I immediately began to find out who and what was happening to my family.
That is when the lightbulb lit! My wonderful, beautiful , intelligent daughter had been brainwashed. Liana Shanti is a master hypnotist and some think that she uses NLP (neuro linguistic programming).
The first ones to be removed in her cult were the mothers and fathers, and husbands. We are all called "narcs", short for narcissists. My daughter told anybody who would listen that I ABUSED her!  She was my firstborn and I was in love from minute one after a 22 hour labor! I couldn't believe that my daughter would ever accuse me of hurting her in any way. I spoke to her brother who was also stunned. He could not imagine how she was captured and "down a rabbit hole".

I have developed hypertension, atrial fibrillation and terrible anxiety because of the way Liana Wilson Shanti has destroyed my family and hijacked my daughter.

- We, as parents, love our children and I can say w/o a doubt that we want and need our children back w/loving families. We birthed, fed, clothed, educated and most importantly we LOVE our children.
- Liana Wilson Shanti is a very dangerous woman as I think many hurting families would agree.
- I beg the court to stop her from continuing to steal our great adult children from good families parents and husbands while spending thousands of dollars in "courses"
- 

Sincerely,

G      D.L

Honorable Susan Oki Mollway
Judge of U.S. District Court of Hawaii
300 Ala Moana Blvd, C-338
Honolulu, HI, 96850
(808) 541-1300

Re: Liane Wilson, 1:19-cr-00105-SOM-1

April 19, 2022

Dear Judge Oki Mollway,

For the past forty years I have been involved deeply as a consultant in the controversial field of cult information and intervention internationally. My background is easily found on the Internet and on my website: jszimhart.com

Last year, concerned people from America, Canada, England, and India contacted me for help to expose the online influence of Liane Wilson who calls herself "Liana Shanti" online and I have been helping them since.

I posted three short videos on my YouTube channel about Liana Shanti
Here is one example:
(1) Liana Shanti and "I AM" Activity - YouTube

and have been interviewed by several reporters about her, including this one for the Daily Beast:
Inside Liana Shanti's Lemurian Mystery School (thedailybeast.com)

Liana Shanti has since reacted with a kind of malicious rage that I am very familiar with whenever I have exposed a deceptive and harmful cult leader. We have screen shots of her posts calling me a "Satanist" and worse on her social media. Here is an example from one of her websites:
EXPOSING FAMILY CULTS


In my opinion, the woman behind the Liana Shanti alias is ruthlessly operating an influence game taking advantage of vulnerable people online, not unlike hundreds of other dangerous and deceptive cults I have encountered in the past five decades. I am well aware that United States law allows for a wide range of freedom of speech and worship, but I would argue how this woman with the alias of Liana Shanti violates both the spirit of our freedoms and the rights of individuals to be adequately informed about her tactics, content as she carelessly destroys family relationships for monetary gain under the guise of helping her clients.

Kind regards,

Joseph Szimhart
1024 Grosstown Rd
Stowe, PA 19464

95

My name is W    P    and my daughter A    S    (formerly M    P    ) met Mrs. Wilson under the name Liana Shanti over the internet in 2014.

My daughter and I had a very close relationship up until that point. We lived in the same city and spent a lot of time together. We even owned a business together.

Slowly over the next few years my daughter started changing her diet via the recommendations of registered dietician Liana Shanti and the Health Mastery Institute. Liana told M    that she was a registered dietician, but I don't believe that to be true.  The course cost $2200, and you could also get certified to teach. It seemed to me like the typical pyramid scheme that is so popular now.

Because of her diet changes she wanted to change the way we spent time together to avoid unhealthy eating habits. I felt understanding about that and suggested we do crafts instead of have dinner.

At some time during this point around 2016, my daughter acquired a foster child and she was made to follow some of the eating rules of Mrs. Wilson. Additionally when the foster child was sick, she was placed in a room filled with salt lamps for healing at the urging of Mrs. Wilson. I suspect the child had bronchitis. That child has since been returned to the foster system.

After that, weekly visits became 2x/month visits. Then my daughter started to tell me about the telephone hypnosis sessions (for a fee) that she was going through with Mrs. Wilson. She said she had remembered abuse from childhood and spoken to her deceased father (my husband) who had passed away in 1993.

One time in 2016, M    and I went for a "float" inside of a deprivation tank and I felt nauseous afterwards. M    relayed that information to Liane and was told that I had liver problems · because of my reaction to the floating. So bogus. In 2015, M    had a knee injury, and was given a tetanus shot at the ER. Liane promptly told her a protocol of supplements to take to rid herself of the "toxic" effects of the tetanus shot.

Slowly I began to receive emails from her that she was taking courses called healing the mother wound. Her implanted memories ( from Liane ) of vicious punishment at 2-3 years old made her think that I had abused her and did not love her unconditionally. Mrs. Wilson then "diagnosed' her with PTSD from childhood trauma. I then received an email that Mrs. Wilson had helped her through one of their sessions realize that I had had an affair in the 1990s and that I allowed the man I had an affair with to sexually abuse her.

None of this ever happened, but I can see looking back the stepwise actions Mrs Wilson uses to pull her victims away from their families. Making them fully believe heinous accusations of sexual abuse is always the final in separating unsuspecting, mostly women, from their families.

During this time my daughter extracted as much money from me, from our business and from her brothers as she could. I believe much of this money went to Mrs. Wilson.

Considering that Mrs. Wilson charges by the phone call, by the private facebook message, by the business course, by the psychological course and by the nutrition course, I suspect my daughter has spent around $150,000 on health and life advice from Mrs. Wilson. Mrs. Wilson

has claimed to be a type of therapist, health coach, dietician, spiritual leader or almost anything that will make a person believe in her credibility.

The website has since changed, but around 2016 her programs touted themselves to be paired with a psychiatrist based in California. The mother wound, father wound and family cult courses at that time were all said to have been developed by a licensed psychiatrist.

She also viciously threatens anyone who suggests she is anything other than what she claims to be. In 2020, my daughter-in-law found a website of another member of the health master institute who was looking for members so she emailed the member directly warning them of the dangers of the group. In response, she received an email that said "we know who you are, we are tracking you by your IP address. Do not say things like this or we will come for you". The letter said come for you legally, but implied more.

I have come to learn that the way my daughter was extracted from our relationship was a very classic example of cult leader isolation tactics that have been used for many decades by many leaders to separate people from their money.

For many years I have felt powerless and afraid over the evils this woman has inflicted on my family and the families of others. I know my daughter is one of the longest standing members of Mrs. Wilson's group. She needs to be shut down so that other unsuspecting women do not fall prey to her.

Sincerely,
W        P

97