LAW OFFICE OF HOWARD K. K. LUKE
HOWARD K. K. LUKE  2049
DANIEL K. K. LUKE  10794
Davies Pacific Center
841 Bishop Street, Suite 410
Honolulu, Hawaii 96813
Telephone:  (808) 545-5000
Facsimile:  (808) 523-9137
Email:  howard@hkkluke.com

Attorneys for Defendant LIANE WILSON

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>LIANE WILSON,    (1)<br>ROBERT BEARD,   (2)<br><br>Defendants. | CASE NO. 19-00105 SOM<br><br>**MOTION TO SEAL LETTERS IN SUPPORT OF POSITION STATEMENT; DECLARATION OF COUNSEL**<br><br>Position statement due:  May 22, 2023<br><br>Judge:  The Honorable Susan Oki Mollway |

**<u>MOTION TO SEAL LETTERS IN SUPPORT OF POSITION STATEMENT</u>**

Defendant LIANE WILSON, by and through her counsel undersigned,

hereby moves this Honorable Court for an Order sealing the letters in support for

her forthcoming position statement as to whether this Court should require

additional terms and conditions of probation, based on the substance of the letters

that contains sensitive information, to include, *inter alia*, names of minor children,

-1-

dates of birth, home and email addresses, court filings that may be the subject of protective orders, communications between parties that may be subject of privilege and/or confidential, and the risk of implicating ongoing separate defamation litigation between Ms. Wilson and parties that have become involved in this case.

This Motion is made pursuant to the inherent power of this Court, Rule 5.2. of the Criminal Local Rules of the United States District Court for the District of Hawaii ("CrimLR5.2."), and is based upon the records and files of this case and the attached Declaration of Counsel.

DATED:  Honolulu, Hawaii, May 8, 2023.

Respectfully Submitted,

/s/ Howard K. K. Luke
HOWARD K. K. LUKE, ESQ.
Attorney for Defendant LIANE WILSON

//

//

//

//

//

## DECLARATION OF COUNSEL

1.      Declarant HOWARD K. K. LUKE is counsel for Defendant LIANE WILSON.

2.      Declarant has reviewed the records and files of the instant case and herewith declares the following facts relevant to the instant Motion.

3.      Submitted concurrently and provisionally marked as sealed are the letters in support for Defendant Wilson's position statement and/or to facilitate an agreement between Ms. Wilson and the United States of America.

4.      Ms. Wilson's supporters have submitted extensive letters in support for the Court's review in determining whether further conditions are required during the pendency of her probationary period.

5.      The letters contain confidential personal information, to include residential addresses, email addresses, telephone numbers, and medical information.

6.      The letters contain the names of persons under the age of 18, and the names of family members or persons that are not involved in the dispute between Ms. Wilson and those who have accused her of wrongdoing.

7.      The letters contain copies of and references to court filings and legal proceedings that may be the subject of protective orders or sealed by another court of competent jurisdiction.

8. The letters contain "screenshots" and copies of the text of communications that may be protected by the law of privilege, e.g. messages between spouses or legal advice given by the author's attorney.

9. Ms. Wilson is presently engaged in civil defamation litigation against individuals named in the letters, and a public filing carries a risk of inflaming those proceedings based on the content of the letters in support.

10. Declarant declares under penalty of law that the foregoing is true and correct to the best of my knowledge and belief.

DATED: Honolulu, Hawaii, May 8, 2023.

Respectfully Submitted,

/s/ Howard K. K. Luke
HOWARD K. K. LUKE, ESQ.
Attorney for Defendant LIANE WILSON