HMI



HEALTH MASTERY INSTITUTE

# HOLISTIC DENTAL HEALTH

TAKE THIS CLASS AND LEARN HOW YOU CAN HELP HEAL ALREADY DAMAGED TEETH, REMINERALIZE DECAY, HOW TO AVOID PAINFUL DENTAL PROCEDURES AND MUCH MORE.
















# Contents

- Holistic Dental Health Webinar With Slides
- HMI DENTAL HEALTH AND RECOVERY MP3.mp3 • (2h 50m 17s) • 29.2 MB
- HMI DENTAL PROTOCOL HANDOUT (1).pdf • 299 KB

Terms of Service Privacy Policy

powered by podia | Get your free website