LAW OFFICE OF HOWARD K. K. LUKE
HOWARD K. K. LUKE  2049
DANIEL K. K. LUKE  10794
Davies Pacific Center
841 Bishop Street, Suite 410
Honolulu, Hawaii 96813
Telephone:  (808) 545-5000
Facsimile:  (808) 523-9137
Email:  howard@hkkluke.com

Attorneys for Defendant LIANE WILSON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>LIANE WILSON,<br><br>Defendant. | CASE NO. 19-00105 SOM<br><br>**MOTION TO SEAL AUGUST 2, 2023 POSITION STATEMENT**<br><br>Judge:  The Honorable Susan Oki Mollway |

## **MOTION TO SEAL AUGUST 2, 2023 POSITION STATEMENT**

Defendant LIANE WILSON, by and through her counsel undersigned,

hereby moves this Honorable Court for an Order sealing her August 2, 2023

Position Statement, which will be submitted to the Court separately for

consideration subsequent to the filing of this Motion.  Copies shall also be provided

the Government and the United States Probation Office.  A redacted version of the

August 2, 2023 Position Statement will be filed as soon practicable.

-1-

This Motion is made pursuant to the inherent power of this Court as well as all prior rulings and orders, and Rule 5.2. of the Criminal Local Rules of the United States District Court for the District of Hawaii ("CrimLR5.2.").

DATED:  Honolulu, Hawaii, August 2, 2023.

Respectfully Submitted,

/s/ Howard K. K. Luke
HOWARD K. K. LUKE, ESQ.
Attorney for Defendant LIANE WILSON