Honorable Susan Oki Mollway
Judge of U.S. District Court of Hawaii
300 Ala Moana Blvd, C-338
Honolulu, HI, 96850



August 4, 2023,

Dear Judge Oki Mollway,
Please find included screenshots of Liana Shanti Paid Signal Chat (Nov 2021-onward) where H███y W██er was engaged in group conversation about leaving Canada with her daughter. These documented chat conversations provide small snap shot in time and an understanding as to the motivation inside Liana Shanti's Community thereby triggering the resulting parental abduction occurrences affecting several different families, including my own.

The chat images presented in the exhibits are in chronological order listed with times for a specified period.

As you are aware, there have been many subsequent family custody cases as a result of the parental abductions post "end of times migration" under Liane Wilsons "Spiritual Guidance". Fathers have been successful in protecting their children albeit under direct attack by Liane Wilson and her "new found" child advocacy occupation.

**Attacks on Legal an Mental Health professionals are now common**. **(see exhibit)** Unsubstantiated accusations of child molestation, kidnapping and slander in a public and direct attempt by Liane Wilson to intimidate and deflect from the bigger picture of her nefarious actives. These activities include her "Spiritual School, Psychic abilities and HMI Nutrition School whereby its been confirmed that Liane Wilson has been misrepresenting herself.

Liane Wilson has clearly demonstrated "Cult Leadership" coercive control over her followers, Furthermore, I believe even leveraging them into sourcing and providing intelligence about her followers spouses and family members. (See Exhibit)

Thank you for taking the supporting material into consideration.

Sincerely,



# Exhibit List

1. Google Search H.W Phone
2. Lemurian Group Date Stamp, H.W
3. Liana Shanti  urgent need to leave November 24, 2021
4. Liana Shanti forced vax  November 24, 2021
5. Liana Shanti GET OUT Australia, New Zealand Canada November 24, 2021
6. Liana Shanti H.W acknowledging ready to leave Canada. November 24, 2021.
7. Liana Shanti "in end times" November 24, 2021
8. Liana Shanti answering "end, time questions" November 24, 2021
9. Confirmation that Liane Shanti told  everyone to leave by March 2022 by Follower
10. Admission from user from PERSONAL SESSION confirmation to leave
11. Liana Shanti telling people to get out / user acknowledges Liana visions  November 24, 2021
12. Chat Roll  / H.W Ready to leave Canada
13. 13.1-13.4  H.W multiple post desperate to get Liana's attention
14. H.W Time to Escape?
15. H.W Escaping communism
16. H.W Liana Confirmed family controlled by Luciferian
17. H.W discussing with J.T
18. Excerpt from Winter statement confirming abduction
19. Liana Shanti "NDA / New Rules"
20. Liana Shanti Digital Surveillance Post
21. Liana Shanti recommends Sourced Private investigator
22. Another Follower comes forward
23. 1-3 Liana Shanti attacks on the legal professionals
24. CNCB letter to the court Fake Liana Shanti CCN
25. Liana Shanti Attack on CNCB
26. HMI credentials

# Exhibit 1
Google Search



✓ Hair salon   ✓ Day spa

HAIR~ H✗✗ W✗✗ (✗✗4632)

# Exhibit 2

(Note this "Year Ending" chat was closed thereby many usernames reverted to phone numbers when they left)

H✗✗ W✗✗ posting her "symptoms" are as a result of her clients being vaccinated and "shedding" and not Candida.



Lemurian Group

Lemurian Group

Apr 25, 2021

+A A member added you to the group.

Apr 27, 2021

H.W



4632
I was thinking all the symptoms I have is from candida cleanse. It has to be from the many vaccinated clien...

Original message not found.

I see you 💙 I'm in so similar place right now and feeling the same..

9:34 PM

# Exhibit 3

**Liana Shanti**

> So̶~~̶̶̶̶̶̶̶~~
> Exactly since some still don't see the urgency to leave and are still attached to their Homeland....

Yes.

I have been stressing the urgency since early 20/20.

I hate to see everything I've said would happen, happening.

12:11 AM

❤️ 7    😢 6    +7

**Sent** 2021-11-24 12:11 AM
**Received** 2021-11-24 12:11 AM

## Sent from

 Liana Shanti                 2021-11-24 12:11 AM

## Exhibit 4

12:12am



## Exhibit 5

12:12am



## Exhibit 6

12:16am

H.W



+ ☒ 4632

Thank you Liana 🙏 🙏 I'm ve☒ ready to leave Canada. 🥶 🥶 ☒ 🥶

12:16 AM

❤️ 4

Sent 2021-11-24 12:16 AM
Received 2021-11-24 12:16 AM

Sent from

☒ 4632                    2021-11-24 12:16 AM

## Exhibit 7

12:24am

**Liana Shanti**

A☒ Je☒
Liana, what is the truth about the "end times?" I feel like so much of what we're seeing play out n...

Yes, we have been in the "end times" for hundreds of years.

It has been unfolding for a very long time.

12:24 AM

❤️ 18    👍 2    +3

Sent 2021-11-24 12:24 AM
Received 2021-11-24 12:24 AM

Sent from

Liana Shanti                    2021-11-24 12:24 AM

# Exhibit 8

12:30am



# Exhibit 9

12:32am



J☒☒ F.

☒☒ Ex
Sister-in-law



# Exhibit 10

12:35am



Ex
Sister-in-law



# Exhibit 11

1:52am



# Exhibit 12

Nov 24, 2021

12:15am

Chat Roll



**OLD LEMURIAN**
⏱ 1s

Nov 24, 2021

This has been such a rollercoaster of emotion, letting all the grief go of family and the life we knew but SO damn excited to get out of here

12:15 AM

❤️ 16

**Liana Shanti**
Yes. Australia new zealand and Canada I have been saying GET OUT for a long time now.

😮 🤯 Idk how much more can be said or seen in order to get out asap

I know takes faith and trust. This right here would have me packing whatever I can and leaving
I'm not sure what steps have to be taken in order to leave these places but.... Sending strength to those who need it because it's time 🙏🙏🙏

12:15 AM

❤️ 16  💯

This must be so hard to watch play out, knowing about it so far in advance.

I'm grateful for her vision as we were all aware. What we do with that is personal choice🙏

12:15 AM

❤️ 10

**Liana Shanti**
Yes they will force anyone on public assistance, Medicare, food stamps... anything government give...

Yes.... I know this is why I was denied unemployment and food stamps because I'm not meant to be dependent on the government and I would have to cease benefits anyways once they (very soon) require this in California. I was meant to figure my shit out NOW 🙏

12:15 AM

❤️ 8  🙌🏾



H▓▓ W▓▓ telling Liana Shanti she is ready to leave Canada.

4632

Thank you Liana🙏🙏 I'm very ready to leave Canada. 💙💙💙💙

12:16 AM

+   New Message

# Exhibit 13.1

10:10pm

**4 Posts from H****W** in the Signal chat desperately trying to get Liana Shanti's attention over one hour.



**1.** Things are not panning out the way I was hoping they would to get out of Canada. Byron said no to U.S. vacation, no to not paying child support and I got a very nasty letter from his lawyer.. am I misaligned anywhere?        10:10 PM

Sent 2021-12-22 10:10 PM
Received 2021-12-22 10:10 PM

Sent from

+1 306-351-4632                    2021-12-22 10:10 PM

# Exhibit13.2

10:30pm

4632

**1.**
Things are not panning out the way I was hoping they would. B said no to U.S. vacation, no to not paying child support and I got a very nasty letter from his lawyer.. am I misaligned anywhere?        10:30 PM

Sent 2021-12-22 10:30 PM
Received 2021-12-22 10:30 PM

Sent from

+1 306-351-4632                    2021-12-22 10:30 PM

# Exhibit13.3

10:44pm



4632

1.

Things are not panning out the way I was hoping they would. B⬛ said no to U.S. vacation, no to not paying child support and I got a very nasty letter from his lawyer.. am I misaligned anywhere?

0:44 PM

Sent 2021-12-22 10:44 PM
Received 2021-12-22 10:44 PM

Sent from

👤  +1 306-351-4632                          2021-12-22 10:44 PM

# Exhibit13.4

10:48pm

**+1 306-351-4632**

1. 1. B⬛ said no to U.S. vacation, no to not paying child support and I got a very nasty letter from his lawyer. What is my next step?

10:48 PM

 5

Sent 2021-12-22 10:48 PM
Received 2021-12-22 10:48 PM

# Exhibit 14

10:53pm

H.W



**Liana Shanti**

4632

I definitely trust her. Do I have time to escape Canada?

Yes you do                    10:53 PM

❤️ 25  🥳  🙏

Sent 2021-12-22 10:53 PM
Received 2021-12-22 10:53 PM

**Sent from**

Liana Shanti                    2021-12-22 10:53 PM

# Exhibit 15

10:57pm

H.W

**Message Details**

4632

I'm so filled with gratitude. Trying to escape communism and a narc is no joke. But I feel so much hope and that I can do this. Thank

10:57 PM

❤️ 17  🙏

Sent 2021-12-22 10:57 PM
Received 2021-12-22 10:57 PM

**Sent from**

👤  +1 306-351-4632                    2021-12-22 10:57 PM

# Exhibit 16

 H▉ W▉ .

M▉ O▉ liana confirmed this is my family. She said they are v and controlled by Luciferian energy. So it feels like it's both B▉'s side and my parents. My parents are not v'd though. But very controlled by evil.

21 hrs    Like    Reply    More



**H▉ W▉ posted that  Liana Shanti has CONFIRMED the following**

# Exhibit 17

User Submitted images



H✕✕ W✕✕ ► Liana Shanti
Mentoring Group - Lemurian
Jan 25 ·

G✕✕ M✕✕

H✕ W✕✕ I kept thinking about you after the signal chat. I'm not saying it's easy to deal with Narc Exes, but you know yours better than anyone else to know how to handle him.

11w   Like   Reply                    1 👍

Write a reply...

Write a reply...

J✕ T✕✕✕
I often find with P✕ he says no but just by planting the seed and watering it all ways to sundown it turns into a yes (and becomes his idea 💐). Anyway, it really does sound like a step in the right direction. 💜💜

11w   Like   Reply              10 👍❤😆

Jan 25,

Jess Thompson and Haley Winter discussing how she could get to Florida.



H✕ W✕✕
J✕ T✕✕✕ lol! Now wouldn't that be funny if he told us we had to go! 😂

11w   Like   Reply                2 👍❤

View 4 replies...



C✕✕ A✕✕
J✕ T✕✕✕ this is amazing Jess! Definitely Life proof!

# Exhibit 18

March 2022

"B▓▓ was very worried that she would try to kidnap his daughter and flee to the states. He had (Child) passport flagged at that time. It was April 14,2022 when we learned that H▓▓ had tried to go cross the border in later March. Byron reported it to his lawyer and a judge immediately took Isla away from Haley"

(Statement from W▓▓ Family April 11, 2023 entered into the court)

Note: This was in alignment with Liana Shanti's guidance. that people must "GET OUT" by March 2022 (see exhibit 9). This was the same for many families that had to endure parental abduction from Liana's followers.

# Exhibit 19

User Submitted Image

Post from Liana Shanti to followers after awareness was being made public about  her on Social Media. **Liana Shanti made her members sign an NDA agreement. and prohibited anyone from discussing what takes place.**



As long as you don't go down to their level and engage. Because then, you're neutralizing it, rather than allowing it to be alchemized by your high frequency energy field into extreme high energy for you.

For me, when a lot of dark energy is coming at me - I feel so excited and joyful because it's a clear indication that I'm on the cusp of MASSIVE expansion....

As you know both Haley and Lisas family members are spun out in darkness.

Here are some tips I shared before that can help PREVENT some of this in the future:
••••••••••••••••••••••••••••••••••••••••
You should never be "explaining" to people outside of this group, what this group is about.

Nor should you be discussing ANYTHING that is discussed in this group with your: husband, wife, mother, father, boyfriend, sister, cousin, neighbor, UPS driver, hairdresser, or anyone.

I bring this up because as we grow this is vital. I take the protection of this space VERY seriously, and also regularly, daily, check in on the energy to make sure it is forward moving, unconditionally loving, and non judgmental.

I'm bringing this up as a culmination of a few things I have observed over the past few weeks... two that stood out.

One was a member posting that her sister disapproved of the "type of people" in here, with their "backgrounds". Obviously, as most of you read, I responded saying that judgment of that type is merely an indication of a darkness so deep that hasn't yet been uncovered in that person, so she's projecting.

@lianasha
#lianasha
#lianashantitea
#lianashant
@mālie_ori
#frauds

# Exhibit 20

INSTAGRAM

## JULY 30, 2022

Liana Shanti posting on Instagram publicly that there was **"ongoing cyber surveillance for months"**

Details were being leaked about her Lemurian Sisterhood Cult and the parental abductions and she needed to know how.



lianashanti 17h
From Create Mode ›

There has been ongoing professional cyber surveillance for months. And EVERYTHING (even the things you try to delete after the fact) is TRACEABLE. Every single name, address, fake anonymous accounts (nothing's anonymous to cyber investigators) on IG, Facebook, email servers, web hosts, other websites and threads, ALL are required to reveal all information in legal investigations. Required. By. Law.

# Exhibit 21

Reported to me first hand was that at the encouragement  **Liana Shanti she sent her followers (including my wife) to "Sourced" where they paid $4500 EACH** for a comprehensive digital background search that included PRIVATE information including friends and family members. This information would have been no use my wife and already been known to her after 10 years however, she an others still did it on Liana Shanti recommendations in Liana's efforts to identify people raising awareness of her Cult online that she referred to as the "Saskatchewan Group".

**I am NOT the only one** that Liana Shanti's Cult members did this to. I am concerned that now Liane Wilson (convicted felon) will NOW have access to my personal



Comprehensive Background
Investigation

## EXECUTIVE SUMMARY

**PURPOSE:** The purpose of this report is to provide the Client with a summary of findings, assessments, and detailed data and information discovered during the comprehensive investigation of ▓▓▓▓▓▓▓▓▓ (Subject). In addition to general background research, Sourced searched specifically for information that could tie the Subject to criminal organizations, criminal activity, or other derogatory information to aid the Client in recovering joint custody of her children.

**SUMMARY/SITUATION:** On July 8, 2022, the Client contacted Sourced to assist in conducting open source research and analysis of the Subject to confirm/deny her suspicions of improper behavior and possible affiliation with "The Saskatchewan Group," who allegedly influenced the Subject into maintaining full-time custody of the Client's children and refusing to allow the Client to visit her children without a parental supervisor. At the Client's request, Sourced also conducted cursory research into select members of the Subject's immediate family as known associates.

9:50

# Exhibit 22

March 19, 2023

Another  former follower coming forward wanting to speak to the journalist to give testimony after first article was written .

and Liana told us all a lesson in how she punished those who expose anything like roopam did

I would be horrified if o came out only to find a 80 stories long post about my private life on Instagram

If you ever did feel like you wanted to talk to the journalist who wrote the article, you could always do so off the record. He is a great resource to have and we have referred many people to him.

We completely get that, and she does do that

Which is illegal and extortion

It's also doxing

I would talk to the journalist, yes

You're so brave

We so appreciate you coming forward

Sh     mpletely attacks people

Message...

# Liana Shanti Attacks against Family Lawyers after helping fathers protect their children from her Cult.

Mr. J███ was successful at introducing the destructive influence of Cult Leader Liana Shanti in Family Court which resulted in  Mr. J████'s Lawyer and Family Psychologist being attacked relentlessly. with 112 posts over 4 days.

Note* Mr J████ was NEVER convicted of any Domestic Abuse charges and Liana Shanti proudly uses his photo as propaganda.

## Exhibit 23.1



## Exhibit 23.2



# Exhibit 23.3



# Exhibit 23.4



# Exhibit 23.5



**Liana Shanti is NOT a Certified
Clinical Nutritionist.**

# Exhibit 24

**Letter submitted to the court by
the CNCB  July 24, 2023**

**See Exhibit 25**



July 24, 2023

Honorable Susan Oki Mollway
Judge of U.S. District Court of Hawaii
300 Ala Moana Blvd, C-338
Honolulu, HI, 96850

RE:  Liane Wilson aka Liana Shanti
Health Mastery Institute
(800) 906-0461
enroll@healthmasteryinstitute.com

Dear Judge Mollway,

It has come to the attention of the Clinical Nutrition Certification Board™ that Liane Wilson aka Liana Shanti has been advertising herself as a Certified Clinical Nutritionist™

The Clinical Nutrition Certification Board has trademarked "Certified Clinical Nutritionist™" and "CCN™" as exclusive to the CNCB™.

Liane Wilson, Liana Shanti or any version of such name has never participated in the CNCB's program nor has she taken the CCN exam, thus violating the trademark the Cl holds.

The CNCB will be sending her a cease and desist letter informing her of the violation.

Here is the website link where she specifically advertises  herself as a "certified clinical nutritionist".

Team 1 (hminutrition.com)

Thank you for your time in reviewing this matter,

Clinical Nutrition Certification Board™
400 Chisholm Place #303
Plano, TX 75075

# Exhibit 25

**24 hours later......
Lianas Shanti attacks the CNCB as a SCAM
after they demand she stops using their
credentials as a FAKE Nutritionist**



# Exhibit 26



# Exhibit 27

**JULY 31, 2023**
**Liana Shanti**
**Instagram Post**

