April 12, 2024

Statement of Facts Re: Case # 1:19-cr-00105-SOM
United States of America v Liane Wilson; et al
Assigned to: Judge Susan Oki Mollway

MIKE NAMMAR, A.U.S.A.
U.S. Attorney's Office
300 Ala Moana Blvd., Room 6100
Honolulu, Hawaii 96850
Attorney for the UNITED STATES OF AMERICA
Telephone: (808) 541-2850
michael.nammar@usdoj.gov

SARA NIELING, Probation Officer
U.S. Probation Office
300 Ala Moana Blvc, Suite 2-300
Honolulu, Hawaii 96850
sara_nieling@hip.uscourts.gove

Dear Counsel and Officers of the Court,

I am writing this letter to report crimes I believe to have been committed by Liana Wilson/Liana Shanti which violate the court's expectation of truthfulness and the conditions of the agreement for her parole. I, J▬▬ M▬▬ aka A▬▬ B▬, acknowledge that the following statements are true and factual to the best of my knowledge.

My name is J▬▬ M▬▬ aka A▬▬ B▬ I was a paying member of Liane Wilson's aka Liana Shanti's community for 8 years. Upon my recent departure from the community, Liana Shanti launched a public defamation assault against me, which is ongoing. Her attacks are causing irreparable harm to my reputation and businesses, but more urgently and most importantly she is endangering the safety and well-being of my children (both minors) as well as those close to me. Her attacks include publicizing personal information, outright lies, heinous accusations and are also endangering the life of a dear friend and her child. During this time, multiple people have come forward to confide in me about similar experiences and concerns regarding her behavior. Amongst the numerous truths that have come to light, it was brought to my attention that Liana Shanti may have committed perjury in her recent court case proceedings held in Judge Oki Mollway's court beginning on 04/24/2023. As a paying member of her community for 8 years, I have first-hand evidence and experience to confirm her misstatements of fact. As a target of her relentless and ongoing harassment, I offer this information in sincere hope that her malfeasance will be brought to light and stopped.

I have attached documented evidence to show the material misstatement of fact under oath via sworn statement that was submitted by Liana Shanti. For the sake of efficiency, I have narrowed the scope to focus on 4 out of at least 6 instances of what I believe to be misrepresentations of

facts she submitted to the court within a singular document, File # 117-1, submitted to the court on July 24, 2023.  I provide this evidence to support that Liana Shanti knew the statements she made were false and misleading. The evidence I provide here is a small sample of the years of correspondence I have retained. My concerns for the crimes committed by Liana Shanti and the harms she is causing are grave and I pray that you will consider the severity of this inquiry upon my request.

Sincerely,



J█████ M█████ aka A█████ B██

STATEMENT OF FACTS
Re: Case # 1:19-cr-00105-SOM
United States of America v Liane Wilson; et al
Assigned to: Judge Susan Oki Mollway

1.  Liana Shanti claims to not charge for her groups: "I do not have any paid groups. Zero." (Document 117-1 filed 7/24/23; Page ID 1656). This statement is false. I can attest to the fact that I have been paying for access to her groups for many years.

   A.  Liana has a "High end mentoring group" which she has been running since mid/late summer of 2022.  (Exhibit 1)
   B.  Illuminations level 2 is a paid group, charged monthly. (Exhibit 2)

2.  Liana Shanti made a materially false and misleading statement to the court about the cost of her paid group, "This group no longer exists. When it did exist, it was $19 a month." (Document 117-1 Page ID 1660)

   A.  The monthly subscription fee was (and currently still is) $69 since the "2019" inception of this group. At present, the membership is sold under the title of "Illuminations Level 2". Illuminations Level 2 provides membership to a "private" community and a subscription to her weekly Illuminations recordings. (Exhibit 2)

   B.  Illuminations Level 1 Subscription Fee: From 2015 until Summer 2022(approximately) was $20/month; Summer 2022 to Present = $50/month (Exhibit 2)

   C.  The significant difference between Level 1 and Level 2 subscribers is the access to Liana's private group, which has been a Facebook group, a Signal group and an Instagram Friends & Family group and, currently now, a group in her Liana Shanti App.

3.  Liana Shanti told the court that she did not conduct sessions related to divorce, custody, child abuse or other advocacy topics, "Besides those sessions being stopped YEARS ago, they were not related to divorce, custody, child abuse or any other advocacy topics. Most were wellness sessions." (Document 117-1 Page ID 1662)

   A.  Liana Shanti was never my health coach.

   B.  I paid for one-on-one sessions 1-3 times per month for almost 2 years with Liana Shanti specifically to receive guidance on matters of personal and spiritual healing with specific focus on my personal relationships, childhood abuse, and healing. (Exhibit 3)

C. I had ongoing access to Liana Shanti's mentorship and guidance on these topics for the entirety of the 8 years I participated in her community through online messaging apps like Facebook Messenger, Instagram messages, the Signal app and phone calls.

4. Liana Shanti stated to the court that the people in her community do not have private access too her, "ZERO PEOPLE HAVE PRIVATE ACCESS TO ME."

A. I have had direct access to Liana since I began working with her in 2018. She provided me guidance through both the paid group membership platform as well as via instant messenger and phone calls outside of those groups. This was a normal practice until I left the group. (Exhibit 4)

5. In addition to the potential perjury committed against the court, Liana Shanti also violates the terms and conditions of her probation with the ongoing public attacks against me, my children, my businesses and personal contacts close to me. I include documentation of this for your information. (Exhibit 5)

I, J█████ M██████ aka A███████ B██, attest that these statements are true and factual to the best of my knowledge.

Sincerely,



J████ M██████ aka A█████ B██
April 11, 2024

## EXHIBIT 1



**EXHIBIT 2**





## Settings ▾

### Account

**Name**

A██████ B███                                                                    Edit

**Email**

████████████████                                                                Edit

**Password**

•••••••                                                                         Edit

**Sessions**

1 verified session                                                             Edit

Delete my account

### Options

**Photo**

(AB)                                                                           Edit

**Notifications**

Manage email and in-app notifications                                          Edit

### Billing

**Community**

You're not a member of the community. Learn more                               Edit

**Payment method**

Visa ████ ● Expires █████                                                       Edit

**Invoices**

| Date | Item | Status | Amount | |
|------|------|--------|--------|---|
| Mar 7 | ILLUMINATIONS LEVEL 2:ILLUMINATIONS CLOSED | ✅ Paid | $69.00 | ⤓ PDF |
| Feb 7 | ILLUMINATIONS LEVEL 2:ILLUMINATIONS CLOSED | ✅ Paid | $69.00 | ⤓ PDF |
| Jan 7 | ILLUMINATIONS LEVEL 2:ILLUMINATIONS CLOSED | ✅ Paid | $69.00 | ⤓ PDF |
| Dec 7, 2023 | ILLUMINATIONS LEVEL 2:ILLUMINATIONS CLOSED | ✅ Paid | $69.00 | ⤓ PDF |
| Nov 7, 2023 | ILLUMINATIONS LEVEL 2:ILLUMINATIONS CLOSED | ✅ Paid | $69.00 | ⤓ PDF |
| Oct 7, 2023 | ILLUMINATIONS LEVEL 2:ILLUMINATIONS CLOSED | ✅ Paid | $69.00 | ⤓ PDF |
| Sep 7, 2023 | ILLUMINATIONS LEVEL 2:ILLUMINATIONS CLOSED | ✅ Paid | $69.00 | ⤓ PDF |
| Aug 7, 2023 | ILLUMINATIONS LEVEL 2:ILLUMINATIONS CLOSED | ✅ Paid | $69.00 | ⤓ PDF |
| Jul 7, 2023 | ILLUMINATIONS LEVEL 2:ILLUMINATIONS CLOSED | ✅ Paid | $69.00 | ⤓ PDF |
| Jun 7, 2023 | ILLUMINATIONS LEVEL 2:ILLUMINATIONS CLOSED | ✅ Paid | $69.00 | ⤓ PDF |
| May 7, 2023 | ILLUMINATIONS LEVEL 2:ILLUMINATIONS CLOSED | ✅ Paid | $69.00 | ⤓ PDF |
| Apr 7, 2023 | ILLUMINATIONS LEVEL 2:ILLUMINATIONS CLOSED | ✅ Paid | $69.00 | ⤓ PDF |
| Mar 7, 2023 | ILLUMINATIONS LEVEL 2:ILLUMINATIONS CLOSED | ✅ Paid | $69.00 | ⤓ PDF |
| Feb 7, 2023 | ILLUMINATIONS LEVEL 2:ILLUMINATIONS CLOSED | ✅ Paid | $69.00 | ⤓ PDF |
| Jan 7, 2023 | ILLUMINATIONS LEVEL 2:ILLUMINATIONS CLOSED | ✅ Paid | $69.00 | ⤓ PDF |
| Dec 7, 2022 | ILLUMINATIONS LEVEL 2:ILLUMINATIONS CLOSED | ✅ Paid | $69.00 | ⤓ PDF |
| Nov 7, 2022 | ILLUMINATIONS LEVEL 2:ILLUMINATIONS CLOSED | ✅ Paid | $69.00 | ⤓ PDF |
| Oct 7, 2022 | ILLUMINATIONS LEVEL 2:ILLUMINATIONS CLOSED | ✅ Paid | $69.00 | ⤓ PDF |
| Sep 7, 2022 | ILLUMINATIONS LEVEL 2:ILLUMINATIONS CLOSED | ✅ Paid | $69.00 | ⤓ PDF |
| Aug 7, 2022 | ILLUMINATIONS LEVEL 2:ILLUMINATIONS CLOSED | ✅ Paid | $69.00 | ⤓ PDF |

⇤    ←    1    →    ⇥

Dismiss

Terms of Service    Privacy Policy

**EXHIBIT 2**

Invoices

| Date | Item | Status | Amount | |
|------|------|--------|--------|---|
| Dec 7, 2019 | ILLUMINATIONS LEVEL 2:ILLUMINATIONS CLOSED | ✅ Paid | $69.00 | ⬇ PDF |
| Nov 7, 2019 | ILLUMINATIONS LEVEL 2:ILLUMINATIONS CLOSED | ✅ Paid | $69.00 | ⬇ PDF |
| Oct 7, 2019 | ILLUMINATIONS LEVEL 2:ILLUMINATIONS CLOSED | ✅ Paid | $69.00 | ⬇ PDF |
| Sep 7, 2019 | ILLUMINATIONS LEVEL 2:ILLUMINATIONS CLOSED | ✅ Paid | $69.00 | ⬇ PDF |
| Aug 7, 2019 | ILLUMINATIONS LEVEL 2:ILLUMINATIONS CLOSED | ✅ Paid | $69.00 | ⬇ PDF |
| Jul 7, 2019 | ILLUMINATIONS LEVEL 2:ILLUMINATIONS CLOSED | ✅ Paid | $69.00 | ⬇ PDF |
| Jun 7, 2019 | ILLUMINATIONS LEVEL 2:ILLUMINATIONS CLOSED | ✅ Paid | $79.85 | ⬇ PDF |
| May 7, 2019 | ILLUMINATIONS OG MEMBERS | ✅ Paid | $20.00 | ⬇ PDF |
| Apr 7, 2019 | ILLUMINATIONS OG MEMBERS | ✅ Paid | $20.00 | ⬇ PDF |
| Mar 7, 2019 | ILLUMINATIONS OG MEMBERS | ✅ Paid | $20.00 | ⬇ PDF |
| Feb 7, 2019 | ILLUMINATIONS OG MEMBERS | ✅ Paid | $20.00 | ⬇ PDF |
| Jan 7, 2019 | ILLUMINATIONS OG MEMBERS | ✅ Paid | $20.00 | ⬇ PDF |
| Nov 26, 2018 | Father Wound Healing | ✅ Paid | $300.00 | ⬇ PDF |
| Nov 20, 2018 | Full Moon Motivation Meet-Up | ✅ Paid | $50.00 | ⬇ PDF |

|←
←
4 ◇
→
→|
|←
←
1
2
3
4
→
→|
Dismiss

EXHIBIT 3

From: Liana Shanti <liana@lianashanti.com>
Date: March 21, 2018 at 6:30:17 PM EDT
To: J███ M█████████████████████████
Subject: Re: Soul retrieval questions

Hi J███,

It is 100 percent normal to question your sanity when an illusion-busting truth comes to light. The mind doesn't "want" the accept the new truth. Ego has a vested interest in the old paradigm because it was known. An uncovering of deep trauma is like an earthquake - it breaks down all the fake walls. That is destabilizing for the mind and more often than not, it reacts with doubt, questioning and confusion. That dies eventually settle. I have never worked with a person who has a lot of very clear early childhood memories... so when trauma that has been locked away in the body - comes out - it's always a bit confusing. Although I will say... in your cells... in your bones... in your gut... you could feel this... you "know" this on a deep level (not the mind).

Last week when you started to get glimpses... your body knew
When you did plant medicine journeys and didn't purge... your body knew
Not going to your dads... your body knew

So intuitively you had signs and were aware... your mind may take a bit to catch up.

You were not being tested and you did not fail. You responded to sexual trauma the way most people do. You looked for ways to "check out" of pain. Ways to numb yourself... the most common of those are drugs, alcohol, sex, shopping, workaholic. You had no other known tools at that time to deal with the inner turmoil. You may have had that dream because deep down you are your own harshest critic.... so it is internal disapproval... internalized judgment maybe coming from ideas you accepted from your mom, or society, about what indicates failures.

I can promise you that you have failed nothing. Your journey has been woven together in a way that is perfect for you to heal lineage pain once and for all, and to provide you with everything you need to fully embody all of your gifts. 🌿

Aloha, Liana


On Mar 21, 2018, at 11:36 AM, J███ M██████ ███████████████████████wrote:

Hi Liana,

Just curious... is it normal to question my sanity through this? I'm purging so many emotions but because I don't have clear memories it's making me question myself. I literally woke up with a ton of anxiety doubting myself. I also dreamed that I was being judged by some force outside of me for my actions (all the acting out ie drinking, drugs and promiscuous sex over the years). The voice was saying it was some sort of test for me and I reacted in the wrong way.

Also, I lost a ton of hair post pregnancy and it was just starting to slow down. Now it's coming out in handfuls today. Could my body be adjusting on a physical level? Just curious if there is a connection. Thanks so much for answering. My head is spinning a bit right now.

Much love,

J███

Sent from my iPhone

A██████ B██

Thank you, Liana. 🙏

C███ has asked that I be more direct with my question. Are we in mortal danger if we stay here? If yes, how far do we need to go? Is FL safe? Anything you can share would be greatly appreciated. 🙏
💜 𝓛𝓲𝓪𝓷𝓪 𝓢𝓱𝓪𝓷𝓽𝓲 💜 Transformative Healing and Freedom
Feb 19, 2023, 5:08 PM

A██████ B██

I know. I SEE it very clearly now. 🙏
💜 𝓛𝓲𝓪𝓷𝓪 𝓢𝓱𝓪𝓷𝓽𝓲 💜 Transformative Healing and Freedom
Feb 19, 2023, 2:24 PM

𝓛𝓲𝓪𝓷𝓪 𝓢𝓱𝓪𝓷𝓽𝓲 💜 Transformative Healing and Freedom

Leaving for a few weeks minimum is a great idea. This was one reason why Texas was where I saw you guys during that timeframe... but. D████ 🙏
💜 A██████ B██

Feb 19, 2023, 2:18 PM

𝓛𝓲𝓪𝓷𝓪 𝓢𝓱𝓪𝓷𝓽𝓲 💜 Transformative Healing and Freedom

Reacted 💜 to your message
Feb 19, 2023, 2:17 PM

𝓛𝓲𝓪𝓷𝓪 𝓢𝓱𝓪𝓷𝓽𝓲 💜 Transformative Healing and Freedom

Reacted 💜 to your message
Feb 19, 2023, 2:17 PM

██ ████ ████████ Healing and Freedom

**EXHIBIT 5**
pages 1-5









