**Susan Oki Mollway**

**Subject:** Liana wilson ala liana shanti

From: W[redacted] S[redacted] [redacted]
Sent: Tuesday, July 2, 2024 3:39 AM
To: Mollway Orders <Mollway_Orders@hid.uscourts.gov>
Cc: Theresa Lam <Theresa_Lam@hid.uscourts.gov>
Subject: Re: Liana wilson ala liana shanti

CAUTION - EXTERNAL:

Dear Judge Mollway,
>
> I hope this email finds you well. I'm writing to you as a concerned partner and ex-husband of my wife, S[redacted]. We have been together since February of 2023 and have lived in S[redacted] for the past four years.
>
> S[redacted] has been heavily influenced by a group called Loan Mysteria School and Liana Shanti and has been taking journeys with Liana for the last 2 to 3 months. She has become increasingly aggressive and is making claims about being molested by her stepfather as a child, which I had never heard about until she started working with Liana. She even changed her last name from S[redacted] to Z[redacted], the name given by Liana.
>
> I want to discuss this further with you, as Liana is a danger and a threat to people. She is destroying families and robbing people of their identity, money, and life as a father and current partner. I am increasingly concerned that things will only worsen as S[redacted] believes everything Liana says and tells her to do. I'm trying to get her to see the danger, but she is so deep in she is defending Liana, who's she trusts and has never seen or met, and doesn't trust me at all
>
> I am requesting your help to put a stop to Liana's lies, scams, and volatile reprogramming. I hope that she can be brought to justice either by being brought to jail or through a court order to shut down the disturbing business she is operating.
>
>
>
>
> You can reach me on whats app
> [redacted]
>
>
> Regards
>
> W[redacted] S[redacted]
> S[redacted]
> [redacted]

> Peace, love, and happiness.
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.