

# United States District Court
# District of Hawaii
US Probation and Pretrial Services Office

Timothy M. Jenkins
Chief US Probation Officer
Prince Kuhio Federal Building
300 Ala Moana Boulevard, Room 2300
Honolulu, HI 96850
Tel: (808) 541-1400
Fax: (808) 541-1345

M E M O R A N D U M

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
**June 18, 2025 9:03 AM**
Lucy H.Carrillo, Clerk of Court

TO:        The Honorable Helen Gillmor
           Senior US District Judge

FROM:      Shannon Ishikawa
           US Probation Officer

DATE:      June 18, 2025

SUBJECT:   **WILSON, Liane aka Liana Shanti**
           **Case No. CR 19-00105HG-01**
           **RESPONSE TO REQUEST FOR EARLY TERMINATION**
           **OF PROBATION**

As background information, Ms. Wilson pled guilty to <u>Count 1</u>: Concealment of Bankruptcy Assets, a Class D felony. On 12/17/2021, she was sentenced to 5 years of probation with special conditions that included a fine of $21,000, and completion of a mental health assessment. Ms. Wilson commenced probation on 12/17/2021.

When assessing the appropriateness of early termination, the USPPSO considers the following six criteria found in the Guide to Judiciary Policy, in addition to the totality of the client's personal history and characteristics:

1. The person does not meet the criteria of a career drug offender or career criminal [as described in 28 USC § 994(h)] or has not committed a sex offense or engaged in terrorism;
2. The person presents no identified risk of harm to the public or victims;
3. The person is free from any court-reported violations over a 12-month period;
4. The person demonstrates the ability to lawfully self-manage beyond the period of supervision;
5. The person is in substantial compliance with all conditions of supervision; and
6. The person engages in appropriate prosocial activities and receives sufficient prosocial support to remain lawful well beyond the period of supervision.

At the time of sentencing, Ms. Wilson was categorized as a Criminal History Category I, and her criminal history includes one arrest for Failure to Appear. It is noted that with respect to the instant offense, she was not designated a career offender. Ms. Wilson has also not incurred any reportable violations during her term of probation.

RE:  **WILSON, Liane aka Liana Shanti**                          Page 2
     **Case No. CR 19-00105HG-01**                          June 18, 2025
     **RESPONSE TO REQUEST FOR EARLY TERMINATION**
     **OF PROBATION**

     While on probation, Ms. Wilson completed a mental health assessment and was not recommended further treatment. Additionally, Ms. Wilson satisfied both the $21,000 fine and $100 special assessment. Consequently, she has no outstanding, substantive conditions/obligations.

     A criminal records check was completed which revealed no new arrests. Lastly, Ms. Wilson's most recent post-conviction risk assessment assessed her as a low risk for recidivism.

     However, throughout Ms. Wilson's term of probation, there have been numerous reports from individuals in the community expressing concerns about Ms. Wilson; claims that were addressed before Senior US District Judge Susan Oki Mollway. While these claims have not been substantiated, it is cause for concern that warrants further supervision of Ms. Wilson.

     Ms. Wilson has completed approximately 42 months of her 60-month term of probation. At this time, USPPSO does not support the motion for Early Termination of Probation. The US Attorney's Office has been notified. Should the Court wish probation to continue, Ms. Wilson's term of probation is scheduled to expire on 12/16/2026.

     APPROVED:


_____                    _____
SHANNON ISHIKAWA                           JENNY K. COATS
US Probation Officer                       Supervising US Probation Officer