## MINUTE ORDER

CASE NUMBER:      CR No. 19-cr-00105-HG-1

CASE NAME:        USA v. Liane Wilson

ATTY FOR GOVT:    Michael David Nammar

ATTY FOR DEFT:    Andrew M. Kennedy

PROBATION         Shannon Ishikawa, USPO
OFFICER:

---

JUDGE:   Helen Gillmor

DATE:    June 20, 2025

---

On June 2, 2025, Defendant Liane Wilson filed:

DEFENDANT LIANE WILSON'S MOTION FOR EARLY TERMINATION OF PROBATION (ECF No. 140).

On June 18, 2025, the Probation Office filed a Response recommending that further supervision of Defendant is warranted.  (ECF No. 144).

Also on June 18, 2025, the Government filed a Response in opposition to Defendant's Motion.  (ECF No. 145).

Early termination of probation is governed by 18 U.S.C. § 3564(c), which requires the court to consider the factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable.  United States v. Hilton, 2014 WL 3728176, *1 (N.D. Cal. July 28, 2014).

The Court has reviewed the responses of the United States Government and the Probation Office.  Both Probation and the United States raise concerns about claims filed that the Defendant has defrauded people while on probation.  The allegations have required investigation but have not been confirmed.  The request from both Probation and the United States is that the Court continue with the period of probation to allow for monitoring given the circumstances of Defendant's offense.

The Court finds that the relevant factors set forth in 18 U.S.C. § 3553(a) – especially the nature and circumstances of Defendant's underlying offense, the need for deterrence, the need to promote respect for the law, and the need to protect the public – weigh in favor of the continued supervision of Defendant.  The previously imposed five years of probation remain appropriate.

Defendant's Motion for Early Termination of Probation (ECF No. 140) is **DENIED.**

Submitted by: Renee L.F. Honda, Courtroom Manager